**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern    District of Texas
_____    _____
(State)

Case number (*If known*): _____   Chapter 11

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Montco Offshore, Inc. |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   7 2 – 0 9 1 1 4 4 8

4. **Debtor's address**

   **Principal place of business**

   17751    Hwy 3235
   Number    Street

   Galliano    LA  70354
   City    State    ZIP Code

   Lafourche Parish
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website** (URL)    www.montco.com/MO

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding  LLP)

   ☐ Other. Specify: _____

| Debtor | Montco Offshore, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    2   3   8   9

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
　　　　　　　　　　　　　　　 MM / DD / YYYY

　　District _____ When _____ Case number _____
　　　　　　　　　　　 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes. Debtor   See Rider 1　　　　 Relationship   Affiliate

　　District   Southern District of Texas　　 When _____
　　　　　　　　　　　　　　　　　　　　　　　 MM  /  DD  / YYYY

　　Case number, if known _____

Debtor  **Montco Offshore, Inc.**
_____
<small>Name</small>

Case number (*if known*)_____

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

(See Rider 2)

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number        Street

_____

_____
City                       State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☒ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | Montco Offshore, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☒ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ☐ I have been authorized to file this petition on behalf of the debtor.
- ☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/17/2017
MM / DD / YYYY

✗ _[signature]_                                    Derek C. Boudreaux
Signature of authorized representative of debtor        Printed name

Title  Chief Financial Officer

**18. Signature of attorney**

✗ /s/ Vincent P. Slusher                              Date  03/17/2017
Signature of attorney for debtor                        MM / DD / YYYY

Vincent P. Slusher
Printed name

DLA Piper LLP (US)
Firm name

1717 Main Street, Suite 4600
Number        Street

Dallas                                              TX        75201-4629
City                                                State      ZIP Code

214-743-4500                                        vince.slusher@dlapiper.com
Contact phone                                       Email address

00785480                                            TX
Bar number                                          State

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 17-_____** |
| **MONTCO OFFSHORE, INC.,** | § | |
| | § | **Chapter 11** |
| **Debtor.** | § | |
| | § | |

## Rider 1
### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Southern District of Texas for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Montco Offshore, Inc.

- Montco Offshore, Inc.

- Montco Oilfield Contractors, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 17-_____ |
| MONTCO OFFSHORE, INC., | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |

**Rider 2**
**Real Property or Personal Property that Needs Immediate Attention**

Question 12, among other things, asks the debtor to identify any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

The above-captioned debtor (the "Debtor") does not believe it owns or possesses any real or personal property that (i) poses a threat of imminent and identifiable hazard to public health or safety, (ii) needs to be physically secured or protected from the weather, or (iii) includes perishable goods or assets that could quickly deteriorate.  The Debtor notes that it is not aware of the exact definition of "imminent and identifiable hazard" as used in this form.

**OFFICER'S CERTIFICATE**

Dated:  March 17, 2017

The undersigned, the Chief Financial Officer of Montco Offshore, Inc., a Louisiana corporation (the "Company"), does hereby certify the following at and as of the date hereof:

(i)    attached as Annex A hereto is a true, correct and complete copy of the resolutions (the "Resolutions") adopted by written consent on March 17, 2017;

(ii)    such Resolutions were adopted by the Company in accordance with the terms of the Company's bylaws; and

(iii)    such Resolutions have not been amended, modified or rescinded since adopted, and are in full force and effect as of the date hereof.

IN WITNESS WHEREOF, the undersigned has caused this certificate to be executed as of the date first set forth above.

Name:    Derek C. Boudreaux
Title:    Chief Financial Officer

**ANNEX A**

**WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF
<u>MONTCO OFFSHORE, INC.</u>**

The board of directors (the "<u>Board of Directors</u>") of Montco Offshore, Inc., incorporated in the state of Louisiana (the "<u>Company</u>"), pursuant to the Company's bylaws, DOES HEREBY CONSENT to the adoption of, and DOES HEREBY ADOPT, the following resolutions:

**WHEREAS**, the following resolutions are adopted and recorded in the minute book of the Company, and they have not been modified or rescinded, and are still in full force and effect:

**RESOLVED**, that upon careful consideration and after seeking alternative solutions, it is desirable and in the best interests of the Company, its creditors, shareholders, employees and other interested parties, to file a voluntary petition (the "<u>Petition</u>") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the Southern District of Texas (the "<u>Bankruptcy Court</u>"), and the same is hereby authorized and approved; and it is further,

**RESOLVED**, that Derek C. Boudreaux or such other person as the Board of Directors will designate (each, an "<u>Authorized Person</u>") be and hereby is, authorized, empowered and directed, in the name and on behalf of the Company to prepare, execute and verify the Petition in such form as the officer executing the same shall deem appropriate and as required by law and to file such petition, thereby commencing the chapter 11 case on or as soon after March 17, 2017 as is reasonably practicable, in the appropriate court together with such statements, schedules, exhibits and reports as may be required from time to time by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure or court order, and to prepare and execute all other papers and take all other actions necessary or appropriate in connection with the Company's chapter 11 case, or any superseding or other bankruptcy case; and it is further,

**RESOLVED**, that the Authorized Person shall be, and hereby is, authorized, in the name of and on behalf of the Company, to make such arrangements as he/she deems necessary to (a) borrow funds from, provide guaranties to and undertake related financing transactions, including the use of cash collateral (collectively, the "<u>Financing Transactions</u>"), with such lenders and on such terms as may be approved by the Authorized Person, as reasonably necessary for the continuing conduct of the affairs of the Company; and (b) pay related fees and grant security interests in and liens upon some, all or substantially all of the Company's assets, as may be deemed necessary by the Authorized Person in connection with such borrowings; and it is further,

**RESOLVED**, that (a) the Authorized Person shall be and hereby is, authorized and empowered in the name and on behalf of the Company to take such actions and execute and deliver such agreements, certificates, instruments, guaranties, notices and any and all other documents as the Authorized Person may deem necessary or appropriate to facilitate the Financing Transactions, including, without limitation, any amendments, modifications, supplements, waivers or other appropriate supplemental documentation relating thereto (collectively, the "<u>Financing Documents</u>"); (b) execution and delivery of the Financing Documents by the Authorized Person containing such provisions, terms, conditions, covenants,

warranties and representations as may be deemed necessary or appropriate by the Authorized Person shall be conclusive evidence of the approval of such Financing Documents by the Company and this Board of Directors; and (c) the actions of the Authorized Person taken pursuant to this resolution, including the execution and delivery of all agreements, certificates, instruments, guaranties, notices and other documents, shall be conclusive evidence of the approval thereof by the Company and this Board of Directors; and it is further,

**RESOLVED**, that the law firm of DLA Piper LLP (US) shall be, and hereby is, engaged as bankruptcy counsel for the Company, subject to any requisite approval of the Bankruptcy Court; and it is further,

**RESOLVED**, that the firm of Blackhill Partners, LLC shall be, and hereby is, engaged as financial advisor for the Company, subject to any requisite approval of the Bankruptcy Court; and it is further

**RESOLVED**, that the Authorized Person is hereby authorized, directed and empowered, in the name and on behalf of the Company, to execute, verify and cause to be filed requests for first-day relief from the Bankruptcy Court that the Authorized Person, in consultation with the Company's advisors, may deem necessary, proper, or desirable in connection with the Petition, with a view to the successful prosecution thereunder; and it is further,

**RESOLVED**, that the Authorized Person is hereby authorized, directed and empowered, in the name of and on behalf of the Company, (a) to take or cause to be taken any and all actions, and to make or cause to be made all payments (including but not limited to payments of expenses, retainers and filing fees), (b) to make or cause to be made all federal, state and local governmental, administrative and/or regulatory filings as may be required or advisable under the laws or regulations of any jurisdiction, and (c) to negotiate, enter into, execute, deliver and perform all other documents, agreements, certificates or instruments as may be necessary, appropriate, convenient or proper, in each case to effectuate the intent of, and the transactions contemplated by, the foregoing resolutions, and the execution and delivery thereof by the Authorized Person to be conclusive evidence of such approval; and it is further,

**RESOLVED**, that the Authorized Person is hereby authorized, directed and empowered to cause the Company to enter into, execute, deliver, certify, file, record and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, to disburse funds of the Company and to take such other actions, and to incur all such fees and expenses that the Authorized Person deems to be necessary, proper and desirable to prosecute to a successful completion the Company's chapter 11 case or modify the obligations, organizational form and structure, or ownership of the Company consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, the Authorized Person's authority thereunto to be evidenced by the taking of such actions; and it is further,

**RESOLVED,** that the Authorized Person is authorized to execute and file (or direct others to do so on behalf of the Company as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications,

pleadings, and other papers (including the first day pleadings) and in connection therewith, to employ and retain all assistance by legal counsel or other professionals and to take any and all action that the Authorized Person deems necessary and proper in connection with the chapter 11 case; and it is further,

**RESOLVED**, that any and all acts taken and any and all certificates, instruments, agreements or other documents executed on behalf of the Company by the Authorized Person to seek relief under chapter 11 of the Bankruptcy Code or in connection with the chapter 11 case, or any matter related thereto, including all actions taken by the Authorized Person prior to the adoption of the foregoing resolutions, with regard to any of the transactions, actions, certificates, instruments, agreements or other documents authorized or approved by the foregoing resolutions be, and they hereby are, ratified, confirmed adopted and approved.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 17-_____** |
| **MONTCO OFFSHORE, INC.,** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |
| | § | |

**LIST OF CREDITORS WHO HAVE THE 20 LARGEST**
**UNSECURED CLAIMS AND ARE NOT INSIDERS**

The above-captioned debtor and debtor in possession (the "Debtor") hereby certifies that the *List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* submitted herewith contains the names and addresses of the Debtor's top 20 unsecured creditors (the "Top 20 List"). The list has been prepared from the unaudited books and records as of the Petition Date. The Top 20 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtor's chapter 11 case. The Top 20 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtor. Moreover, nothing herein shall affect the Debtor's right to challenge the amount or characterization of any claim at a later date. The failure of the Debtor to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtor's right to contest the validity, priority, and/or amount of any such claim.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name <u>Montco Offshore, Inc.</u>

United States Bankruptcy Court for the: <u>Southern District of Texas</u>
                                          (State)

Case number (if known): _____

☐ Check if this is an
  amended filing

<u>Official Form 204</u>

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Bollinger Shipyards, Lockport, LLC | Ben Bordelon Dept #2371, P.O. Box 11407, Birmingham, AL 35246-2371 Email: BenB@bollingershipyards.com Tel: (985) 693-7002 | Trade | | | | $1,333,165.91 |
| 2 | G&J Land And Marine Food Dist., Inc. | Peggy Manuel PO Box 649 Morgan City, LA 70380 Email: peggy@gjfood.com | Trade | | | | $1,022,422.99 |
| 3 | Oil States Skagit Smatco, LLC | Christine Brunet PO Box 54983 New Orleans, LA 70154 Email: christine.brunet@oilstates.com Tel: (985) 868-0630 | Trade | | | | $582,837.66 |
| 4 | Force Power Systems | Shantal Roger P.O. Box 5218, Houston, TX 77262 Email: shantal.roger@forcepowersystems.com Tel: (504) 466-8003 | Trade | | | | $207,758.91 |
| 5 | Southern Fluid Power, LLC | Justine Davis 1021 O'NEAL DRIVE, BREAUX BRIDGE, LA 70517 Email: admin@southernfluidpowerllc.com Tel: 337-442-1132 | Trade | | | | $168,037.73 |
| 6 | Renovations, Inc. | Wade Cantrelle 16815 E Main Street, Cut Off, LA 70345 Tel; (985) 632-8988 | Trade | | | | $153,605.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 Bluewater Rubber & Gasket | Christine Rodrigue PO DRAWER 190, HOUMA, LA  70361 Email: c.rodrigue@bluewaterrubber.com Tel: 504-851-2400 | Trade | | | | $92,076.21 |
| 8 Ascend, LLC | Jana Clemons 251 Hwy 21, Suite 200, Madisonville, LA 70447 Emaiil:Jana@opessg.com Tel: (504) 723-4390 | Trade | | | | $88,943.68 |
| 9 Fugro Chance, Inc. | Donna Humphreys P.O. Box 200724, Houston, TX 77216-0724 Email: dhumphreys@fugro.com Tel: (713) 346-3700 | Trade | | | | $81,536.77 |
| 10 Safety & Training Consul | Melissa Pierce 219 Venture Blvd. Houma, LA 70360 Email: mpierce@safe-zone.com Tel: (985) 868-5513 | Trade | | | | $71,522.60 |
| 11 Precision Crane & Hydraulics, LLC | Christi Cheramie PO BOX 1197, LAROSE, LA  70357 Email: christic@precisioncrane.net Tel; 985-693-5691 | Trade | | | | $70,475.25 |
| 12 Blackhawk Datacom | Sandra Hanks 100 Enterprise Blvd. Lafayette, LA 70506 Email: sandrah@blackhawkdc.com Tel: (877) 559-1959 | Trade | | | | $63,841.37 |
| 13 Leblanc & Associates, Inc. | Shawn Moore 132 Intracostal Drive, Houma, LA 70363 Email: smoore@leblancandassociates.com Tel: (800) 294-2653 | Trade | | | | $61,382.00 |
| 14 Fps-New Orleans | Jessica Oster P.O. Box 5218, Houston, TX 77262 Email: account@fps-usa.com Tel: (504) 446-8003 | Trade | | | | $52,338.00 |
| 15 Martin Energy Services, LLC | Scott McPherson PO Box 95363 Grapevine, TX 76099 Email: scott.mcpherson@martinmlp.com | Trade | | | | $48,738.33 |
| 16 C-Port / Stone, LLC | Takitta Boudreaux Dept 211, P.O. Box 4869, Houston, TX 77210-4869 Email: takkita.boudreaux@chouest.com Tel: (985) 601-4186 | Trade | | | | $46,605.30 |

| Name of creditor and complete mailing address, including zip code | | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17 | The Hiller Companies, Inc. | Gaye Arcuri<br>P.O. Box 935434, Atlanta, GA 31193-5434<br>Email: darcuri@hillercompanies.com<br>Tel: (251) 661-1275 | Trade | | | | $46,577.11 |
| 18 | Nautical Electric, LLC | Mandy Loupe<br>6896 West Park Ave, Houma, LA 70364<br>Email: nauticalelectric@yahoo.com<br>Tel: (985) 397-4298 | Trade | | | | $41,932.00 |
| 19 | Supreme Integrated Technology, Inc. | 915 DISTRIBUTORS ROW, HARAHAN, LA 70123<br>Tel: 504-464-0528 | Trade | | | | $41,602.00 |
| 20 | Vacco Marine, Inc. | P.O. Box 8032, Houma, LA 70361<br>Tel: (985) 851-4400 | Trade | | | | $39,343.50 |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Montco Offshore, Inc.___

United States Bankruptcy Court for the: ___Southern___ District of ___Texas___
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/17/2017___          x _____
                MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                        ___Derek C. Boudreaux___
                                        Printed name

                                        ___Chief Financial Officer___
                                        Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 17-_____** |
| **MONTCO OFFSHORE, INC.,** | § | |
| | § | **Chapter 11** |
| **Debtor.** | § | |
| | § | |

**<u>STATEMENT OF CORPORATE OWNERSHIP</u>**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of the Debtor certifies that the following corporate entities or individuals own 10% or more of the Debtor.

| Shareholder | Percentage Ownership Interest |
|---|---|
| Lee A. Orgeron | 76.667% |
| Bobby Lee Orgeron Trust No. 1 | 10% |
| Christie Lee Orgeron Trust No. 1 | 10% |

Fill in this information to identify the case and this filing:

Debtor Name ___Montco Offshore, Inc.___

United States Bankruptcy Court for the:_____ ___Southern District of Texas___
(State)

Case number (*If known*):_____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐    *Schedule H: Codebtors (Official Form 206H)*

☐    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐    *Amended Schedule _____*

☐    *Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒    *Other document that requires a declaration* ___Statement of Corporate Ownership___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/17/2017___    x _____
MM / DD / YYYY      Signature of individual signing on behalf of debtor

___Derek C. Boudreaux___
Printed name

___Chief Financial Officer___
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 17-_____** |
| **MONTCO OFFSHORE, INC.,** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |
| | § | |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), Montco Offshore, Inc. hereby provides the following list of holders of equity interests:

| Name and Address of Interest Holder | Percentage of Interests Held |
|---|---|
| Lee A. Orgeron | 76.667% |
| Bobby Lee Orgeron Trust No. 1 | 10% |
| Christie Lee Orgeron Trust No. 1 | 10% |
| Joseph Orgeron | 3.333% |

Fill in this information to identify the case and this filing:

Debtor Name    Montco Offshore, Inc.

United States Bankruptcy Court for the:_____ Southern District of Texas
                                                           (State)

Case number (*if known*):_____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐    *Schedule H: Codebtors (Official Form 206H)*

☐    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐    *Amended Schedule _____*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims Are Not Insiders (Official Form 204)*

☒    *Other document that requires a declaration* List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/17/2017__          X _____
              MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                          Derek C. Boudreaux
                                          Printed name

                                          Chief Financial Officer
                                          Position or relationship to debtor

WEST\275564568.2