IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO. 17-31646 |
| MONTCO OFFSHORE, INC. AND MONTCO OILFIELD CONTRACTORS, LLC | § § § § § | |
| Debtors | § § § | Chapter 11 |

# NOTICE OF APPEARANCE AND REQUEST FOR NOTICE COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(a) AND PLEADINGS PURSUANT TO BANKRUPTCY RULES 3017(a) AND 9007

*PLEASE TAKE NOTICE* of the appearance of undersigned party in interest, who requests that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case be given and served upon:

John M. Duck
TX Fed ID # 17156
ADAMS AND REESE LLP
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone:  (504) 581-3234
Facsimile:  (504) 561-0210
Email:  john.duck@arlaw.com

This request encompasses all notices, copies, and pleadings referred to in Rules 2002, 3017, and 9007 of the Bankruptcy Rules of Procedure, including but not limited to notices of any orders, motions, demands, complaints, petitions, pleadings, requests, applications, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegram, telex, or otherwise, which affect or seek to affect this case.

Please take further notice that the foregoing request for notice and service of papers is not a submission by Regions Bank to the jurisdiction of the Bankruptcy Court nor a waiver of its respective rights to: (a) receive service of process for any complaint or subpoena; (b) have final orders in non-core matters entered after de novo review by a District Judge; (c) trial by jury in any proceedings so triable in these cases, controversies, or proceedings related to these cases; (d) have the District Court withdraw reference in any matter subject to mandatory or discretionary withdrawal; or (e) waive any other rights, claims, actions, defenses, setoffs, or recoupments to which Regions Bank is, or may be entitled, in law or in equity, all of which are expressly reserved.

Respectfully Submitted,

**ADAMS AND REESE LLP**

By: */s/John M. Duck*
John M. Duck (TX Fed ID # 17156)
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile:  (504) 561-0210
Email:  john.duck@arlaw.com

*Attorney for Regions Bank*

**CERTIFICATE OF SERVICE**

The undersigned special counsel hereby certifies that a copy of the above and foregoing Notice of Appearance and Request for Notices has been served on all parties listed below via the court's electronic filing system this 17th day of March, 2017.

    Christine A March    christine.a.march@usdoj.gov
    Vincent P Slusher    vince.slusher@dlapiper.com, sherry.faulkner@dlapiper.com, docketingchicago@dlapiper.com, david.avraham@dlapiper.com, andy.zollinger@dlapiper.com, sherry-faulkner-9090@ecf.pacerpro.com
    US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV


        */s/John M. Duck*
        JOHN M. DUCK