IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| MONTCO OFFSHORE, INC., | § | |
| | § | Case No. 17-31646 |
| Debtor. | § | |
| | § | |

_____

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned counsel hereby files this Notice of Appearance and Request for Notice on behalf of Bollinger Shipyards Lockport, Inc., creditor and party in interest in the above-entitled and number case, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that all notices in this case be given to and served upon the following:

> Stephen L. Williamson (La. Bar No. 8316)
> Michael E. Landis (La. Bar No. 36542)
> GORDON, ARATA, MONTGOMERY, BARNETT,
> McCOLLAM, DUPLANTIS & EAGAN, LLC
> 201 St. Charles Avenue, 40th Floor
> New Orleans, Louisiana 70170
> Telephone:   (504) 582-1111
> Facsimile:   (504) 582-1121
> E-mail:   swilliamson@gamb.law
> E-mail:   mlandis@gamb.law

PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Rules 2002 and 9007, the foregoing demand covers not only the notices and papers referred to in the rules specified above, but all other notices and papers including, but not limited to, notices of any application, motion, petition, plan, disclosure statement, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, telegraph, telex, or otherwise: (i) which affect or seek to affect in

any way rights or interests of or to the Debtor or Debtors, or property in which the Debtor or Debtors may claim an interest, or property in the possession, custody, or control of the Debtor or Debtors, or (ii) which seek to require any act, payment, or other conduct by Montco Offshore, Inc.

Respectfully submitted this 17th day of March, 2017.

>GORDON, ARATA, MONTGOMERY, BARNETT, McCOLLAM, DUPLANTIS & EAGAN, LLC
>
>*/s/ Stephen L. Williamson*
>_____
>Stephen L. Williamson (La. Bar No. 8316)
>Michael E. Landis (La. Bar No. 36542)
>201 St. Charles Avenue, 40th Floor
>New Orleans, Louisiana 70170
>Telephone:   (504) 582-1111
>Facsimile:    (504) 582-1121
>E-mail:         swilliamson@gamb.law
>E-mail:         mlandis@gamb.law
>
>*Attorneys for Bollinger Shipyards, Inc.*

## CERTIFICATE OF SERVICE

I certify that on March 17, 2017, I caused a copy of the foregoing document to be served by the Electronic Case Filing System in the United States Bankruptcy Court for the Southern District of Texas.

>*/s/ Stephen L. Williamson*
>_____
>STEPHEN L. WILLIAMSON (La. Bar No. 8316)
>Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC
>201 St. Charles Avenue, 40th Floor
>New Orleans, Louisiana 70170
>Telephone:   (504) 582-1111
>Facsimile:    (504) 582-1121

-3

        E-mail:      swilliamson@gamb.law
        E-mail:      mlandis@gamb.law