| | |
|---|---|
| Louis R. Strubeck, Jr. (SBT 19425600) | Bob B. Bruner (SBT 24062637) |
| Kristian W. Gluck (SBT 24038921) | NORTON ROSE FULBRIGHT US LLP |
| Ryan E. Manns (SBT 24041391) | 1301 McKinney Street, Suite 5100 |
| NORTON ROSE FULBRIGHT US LLP | Houston, Texas 77010-3095 |
| 2200 Ross Avenue, Suite 3600 | Telephone: (713) 651-5151 |
| Dallas, Texas 75201-7932 | Facsimile: (713) 651-5246 |
| Telephone: (214) 855-8000 | bob.bruner@nortonrosefulbright.com |
| Facsimile: (214) 855-8200 | |
| louis.strubeck@nortonrosefulbright.com | |
| kristian.gluck@nortonrosefulbright.com | |
| ryan.manns@nortonrosefulbright.com | |

COUNSEL FOR JPMORGAN CHASE BANK, N.A.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: ) | |
| ) | **Case No. 17-31646** |
| **MONTCO OFFSHORE, INC.,** *et al.*,, ) | |
| ) | **Chapter 11** |
| **Debtors.** ) | |
| ) | **(Joint Administration Requested)** |
| ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for JP Morgan Chase Bank, N.A. ("JPM") and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, and 9010 and 11 U.S.C. § 1109(b), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statements and plans of reorganization, or other documents, filed or entered in this case, be transmitted to:

| | |
|---|---|
| Louis R. Strubeck, Jr. | Bob B. Bruner (SBT 24062637) |
| Kristian W. Gluck | NORTON ROSE FULBRIGHT US LLP |
| Ryan E. Manns | 1301 McKinney Street, Suite 5100 |
| NORTON ROSE FULBRIGHT US LLP | Houston, Texas 77010-3095 |
| 2200 Ross Avenue, Suite 3600 | bob.bruner@nortonrosefulbright.com |
| Dallas, Texas 75201-7932 | |
| louis.strubeck@nortonrosefulbright.com | |
| kristian.gluck@nortonrosefulbright.com | |
| ryan.manns@nortonrosefulbright.com | |

PLEASE TAKE FURTHER NOTICE that, in accordance with Federal Rule of Bankruptcy Procedure 3017(a), this request also constitutes a request in writing for copies of any and all disclosure statements or plans filed in these cases.

Neither this Request for Notice nor any subsequent appearances, pleadings, claims, proofs of claim, documents, suits, motions nor any other writings or conduct, shall constitute a waiver of either of such parties':

    a.    right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge;

    b.    right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private right, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157 (b)(2)(H), and whether or not such jury trial right is pursuant to statute or the United States Constitution;

    c.    right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

    d.    other rights, claims, actions, defenses, setoffs, recoupments or other matters to which JPM is rightly entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto JPM without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: March 17, 2017

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

By:   */s/ Louis R. Strubeck*  ,
     Louis R. Strubeck (SBT 19425600)
     Kristian W. Gluck (SBT 24038921)
     Ryan E. Manns (SBT 24041391)
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

– and –

Bob B. Bruner (SBT 24062637)
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
bob.bruner@nortonrosefulbright.com

COUNSEL FOR JPMORGAN CHASE BANK, N.A.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Appearance was served upon the counsel and parties of record, electronically through the Bankruptcy Court's Electronic Case Filing System on those parties that have consented to such service, on the 17th day of March, 2017.

          */s/ Ryan E. Manns*
          Ryan E. Manns