**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPERT 11 |
| | § | |
| MONTCO OFFSHORE, INC., et al., | § | CASE NO. 17-31646 |
| | § | |
| DEBTORS. | § | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL PLEADINGS AND DOCUMENTS**

KILMER CROSBY & WALKER PLLC, as counsel to Fieldwood Energy LLC, Fieldwood Energy Offshore LLC and their affiliates ("*Fieldwood Energy*"), hereby files this Notice of Appearance and Request for Service of all Pleadings and Documents on behalf of Fieldwood Energy in the above-captioned bankruptcy case and, pursuant to 11 U.S.C § 1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), respectfully requests that all notices given or required to be given in this proceeding and all papers served or required to be served in these proceedings, be served also upon the undersigned at the office address, facsimile number and email addresses listed as follows:

> Brian A. Kilmer
> KILMER CROSBY & WALKER PLLC
> 1004 Prairie Street, Ste. 300
> Houston, Texas 77002
> Telephone: 713-300-9662
> Fax: 214-731-3117
> Email: bkilmer@kcw-lawfirm.com

Pursuant to 11 U.S.C. § 1109(b), the foregoing request includes all notices and papers to which the Bankruptcy Rules refer and additionally includes, without limitation, all notices of any application, complaint, demand, hearing, motion, order, pleading or other request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.  Further, it is

requested that the undersigned counsel be provided with a copy of any disclosure statement to be submitted prior to its approval and any and all plans of reorganization.

DATED: March 20, 2017

Respectfully submitted,

**KILMER CROSBY & WALKER PLLC**

By: */s/ Brian A. Kilmer*_____
Brian A. Kilmer
Texas Bar No.: 24012963
Email: bkilmer@kcw-lawfirm.com
1004 Prairie Street, Ste. 300
Houston, Texas 77002
Telephone: 713-300-9662
Fax: 214-731-3117
Email: bkilmer@kcw-lawfirm.com

**COUNSEL FOR FIELDWOOD ENERGY LLC,
FIELDWOOD ENERGY OFFSHORE LLC
AND THEIR AFFILIATES**

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing was served via the Court's ECF system on those parties consenting to service through same on March 20, 2017.

*/s/ Brian A. Kilmer*_____
Brian A. Kilmer