IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| MONTCO OFFSHORE, INC., et al.[1], | § | CASE NO. 17-31646 |
| | § | |
| DEBTORS. | § | (Jointly Administered) |

**VERIFIED STATEMENT OF KILMER CROSBY & WALKER PLLC
OF REPRESENTATION OF MORE THAN ONE CREDITOR
PURSUANT TO FED. R. BANKR. P. 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Brian A. Kilmer of Kilmer Crosby & Walker PLLC ("KCW"), files this Verified Statement of the firm's multiple representations in this case of the following parties (the "Clients") with the referenced prepetition claims filed against the Debtors:

| **Name and Address** | **Case** | **Claim Amount** |
|---|---|---|
| Aqueos Corporation<br>101 Millstone Rd #D<br>Broussard, LA  70518 | Case No. 17-31646 | Approximately $2.9M |
| Fieldwood Energy LLC<br>2000 W Sam Houston Pkwy S, Ste 1200<br>Houston, TX  77042 | Case No. 17-31646 | Amounts Undetermined |
| Fieldwood Energy Offshore LLC and their<br>2000 W Sam Houston Pkwy S, Ste 1200<br>Houston, TX  77042 | Case No. 17-31646 | Amounts Undetermined |

1. Each of the Clients holds a claim against the Debtors associated with the operation of oil and gas properties.

---

[1] The Debtors in these jointly administered cases are Montco Offshore, Inc. and Montco Oilfield Contractors, LLC.

2. Each of the Clients are aware of and have consented to KCW's representation of them in these bankruptcy cases and have authorized the filing of this statement.

3. KCW holds no interest in the Debtors or their estates. None of the aforementioned claims have been assigned subsequent to the commencement of this case, and none have been solicited for purchase by KCW.

4. KCW and the Clients reserve all rights to supplement and/or amend this Verified Statement in accordance with the requirements set forth in the Federal Rule of Bankruptcy Procedure 2019.

## VERIFICATION

I verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on April 4, 2017

_____
Brian A. Kilmer

DATED: April 4, 2017

Respectfully submitted,

**KILMER CROSBY & WALKER PLLC**

By: */s/ Brian A. Kilmer*
Brian A. Kilmer
Texas Bar No.: 24012963
Email: bkilmer@kcw-lawfirm.com
1004 Prairie Street, Ste. 300
Houston, Texas 77002
Telephone: 713-300-9662
Fax: 214-731-3117
Email: bkilmer@kcw-lawfirm.com

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing was served via the Court's ECF system on those parties consenting to service through same on April 4, 2017.

/s/ Brian A. Kilmer
Brian A. Kilmer