**Exhibit G**

**MONTHLY INVOICES SUMMARY**

| Invoices | Amount | Amount Paid/Date | Amount Due |
|---|---|---|---|
| Invoice #3455693 03/17/2017-03/31/2017 | $148,027.20 | $118,421.76; 8/11/17 | $29,605.44 |
| Invoice #3454292 03/17/2017-03/31/2017 | $38,058.75 | $30,477.00; 8/11/17 | $7,581.75 |
| Invoice #3454289 03/17/2017-03/31/2017 | $12,819.26 | $10,255.41; 8/4/17 $150.00; 8/28/17 | $$2,413.85 |
| Invoice # 3454290 03/17/2017-03/31/2017 | $4,931.00 | $3,944.80; 8/4/17 | $986.20 |
| Invoice # 3454290 04/01/2017-04/30/2017 | $156,921.92 | $128708.56; 8/25/17 | $28,213.36 |
| Invoice # 3455262 04/01/2017-04/30/2017 | $93,339.00 | $74,671.20; 8/25/17 | $18,667.80 |
| Invoice # 3454187 04/01/2017-04/30/2017 | $53,147.00 | $42,517.60; 8/4/17 | $10,629.40 |
| Invoice # 3454189 04/01/2017-04/30/2017 | $111,982.43 | $85,585.94; 8/4/17| $206.99; 8/28/17 | $22,189.50 |
| Invoice # 3465522 05/01/2017-05/31/2017 | $81,701.23 | $66,511.58; 8/25/17 | $15,189.65 |
| Invoice # 3465523 05/01/2017-05/31/2017 | $78,468.75 | $62,941.25; 8/25/17 | $15,527.50 |
| Invoice # 3465524 05/01/2017-05/31/2017 | $59,637.68 | $47,710.14; 8/4/17 $623.29; 8/28.17 | $11,304.25 |
| Invoice # 3465525 05/01/2017-05/31/2017 | $202,163.87 | $161,731.10; 8/4/17 $865.22; 8/28/17 | $39,567.55 |
| Invoice # 3490423 06/01/2017-06/30/2017 | $38,872.52 | $0 | $38,872.52 |
| Invoice # 3490424 06/01/2017-06/30/2017 | $127,842.75 | $0 | $127,842.75 |
| Invoice # 3490425 06/01/2017-06/30/2017 | $7,416.00 | $0 | $7,416.00 |
| Invoice # 3490424 06/01/2017-06/30/2017 | $259,613.41 | $0 | $259,613.41 |