**Exhibit C**

**Invoice**

# SIDLEY

**SIDLEY AUSTIN LLP**
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

AMERICA • ASIA PACIFIC • EUROPE

FEDERAL ID 36-4474078

August 17, 2017

Lance Gurley
Blackhill Partners, LLC
2651 N. Harwood St.
Suite 120
Dallas, TX 75201

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 37049716
Client Matter 69381-30030

Work Authorized by: Joe Stone

For professional services rendered through July 31, 2017 re Montco Offshore, Inc.

| | |
|---|---:|
| Fees | $29,717.00 |
| Expenses | 6,226.01 |
| **Total Due This Bill** | **$35,943.01** |

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  37049716
Blackhill Partners, LLC

Montco Offshore, Inc.

## T I M E  S U M M A R Y

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| TA Labuda | 25.20 | $925.00 | $23,310.00 |
| ME Linder | 8.60 | 745.00 | 6,407.00 |
| **Total Hours and Fees** | **33.80** | | **$29,717.00** |

**SIDLEY AUSTIN LLP**

Invoice Number:  37049716
Blackhill Partners, LLC

Montco Offshore, Inc.

E X P E N S E   S U M M A R Y

| Category/Description | Amount |
|---|---:|
| Air Transportation | $1,094.64 |
| Document Delivery Services | 264.12 |
| Ground Transportation | 180.00 |
| Lexis Research Service | 147.65 |
| Legal Support Services | 3,992.04 |
| Meals - Out of Town | 125.22 |
| Search Services | 138.10 |
| Telephone Tolls | 3.47 |
| Travel/Lodging | 280.77 |
| **Total** | **$6,226.01** |

**SIDLEY AUSTIN LLP**

Invoice Number: 37049716
Blackhill Partners, LLC

Montco Offshore, Inc.

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 07/03/17 | TA Labuda | Email from Committee re discovery (.1); review same (.3); email to client re same (.1) | .50 |
| 07/04/17 | TA Labuda | Emails with J. Stone and V. Slusher re Committee discovery | .20 |
| 07/04/17 | ME Linder | Review emails from client and T. Labuda re committee production request (.2); telephone call with T. Labuda re same (.2) | .40 |
| 07/05/17 | TA Labuda | Emails and calls to V. Slusher re Committee discovery | .10 |
| 07/06/17 | TA Labuda | Emails with V. Slusher re Committee document request | .10 |
| 07/06/17 | ME Linder | Telephone call with litigation support re production (.1); telephone call with T. Labuda re same and objections and responses to committee discovery (.2); draft objections and responses (.2) | .50 |
| 07/07/17 | TA Labuda | Conference with DLA re Committee discovery and related issues (.1); emails with J. Stone re deal file documents (.1). | .20 |
| 07/07/17 | ME Linder | Communications with T. Labuda and litigation support re documents relating to committee document requests | .30 |
| 07/10/17 | TA Labuda | Confer with M. Linder re discovery objections and responses (.1); review and work on same (.5); emails with J. Stone re deal file documents (.1); calls to Porter Hedges re same (.1); emails and conference with M. Linder re deal file documents (.1); email and conference with J. Stone re discovery responses (.1); emails with M. Linder and Porter Hedges re objections and responses (.1); call to D. Avraham re same (.1). | 1.20 |
| 07/10/17 | ME Linder | Draft objections and responses to committee document requests (1.2); communications with T. Labuda re same (.2); emails with litigation support re: deal file documents (.2); finalize objections and responses and effect service of same (.4); telephone call with T. Labuda re same (.1) | 2.10 |
| 07/11/17 | TA Labuda | Conference with L. Gurley re hearing attendance and related issues (.1); emails with M. Linder re deal file production issues (.1); emails and conference with D. Avraham re same (.1); conference with J. Higgins re discovery issues and final fee application (.2); emails and conference with J. Stone re same (.2); emails with J. Higgins re extension (.1); emails with DLA re deal file production (.1). | .90 |
| 07/11/17 | ME Linder | Emails with T. Labuda, litigation support and DLA Piper re: committee document production | .30 |

**SIDLEY AUSTIN LLP**

Invoice Number:  37049716
Blackhill Partners, LLC

Montco Offshore, Inc.

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 07/12/17 | TA Labuda | Emails and conference with M. Linder re document production logistics (.2); emails with M. Linde rand Porter Hedges re deal file document production (.1). | .30 |
| 07/12/17 | ME Linder | Coordinate and finalize document production to committee and communications with T. Labuda and litigation support re: same | .50 |
| 07/13/17 | ME Linder | Emails with Porter Hedges re: access to discovery | .10 |
| 07/14/17 | TA Labuda | Email from J. Higgins re search terms (.1); review and respond to same (.2); emails to DLA and client re same (.1); conference call with Porter Hedges re revised search terms and deposition issues (.2); emails with J. Stone and T. Heinz re document production (.1); emails with J. Stone re deposition (.1); emails with S. Stathem re expense reduction mechanics (.1). | .90 |
| 07/14/17 | ME Linder | Telephone call with T. Labuda re committee search terms (.1); review same (.1); review correspondence with client, T. Labuda, committee counsel and DLA Piper re same (.2) | .40 |
| 07/16/17 | TA Labuda | Emails with H. Hatfield re email search terms and deposition scheduling | .20 |
| 07/17/17 | TA Labuda | Emails with J. Stone re email searches (.1); emails with H. Hatfield re same (.1); emails and conferences with M. Linder, J. Stone and IT personnel re document production logistics (.4); emails with H. Hatfield re deposition scheduling (.1). | .70 |
| 07/17/17 | ME Linder | Emails and telephone calls with client, T. Labuda and litigation support re production of emails in response to committee request | .40 |
| 07/18/17 | TA Labuda | Emails with D. Avraham re deposition and document production issues (.1); emails with T. Heinz re email searches (.1); emails with IT re document review and production issues (.1); emails with UST re fee statement (.1); email with J. Stone re same (.1); confer with M. Linder re filing of same (.1); conference and emails with M. Linder re email review (.2); review selected emails (.4); conference with J. Stone re same (.1). | 1.30 |
| 07/18/17 | ME Linder | Communications with T. Labuda and litigation support re email searches (.6); telephone call with T. Labuda re statement of expense reduction (.2); review email documents from client (2.0) | 2.80 |
| 07/19/17 | TA Labuda | Conference with J. Stone re document production and deposition topics (.1); emails with J. Stone re same (.1); emails with DLA re document production (.1); emails with M. Linder and IT re same (.1); emails with J. Stone re deposition preparation (.1); call from Committee counsel re T. Heinz deposition (.1); analyze response to same (.2); confer with J. Stone re same (.1); emails with Hatfield re subpoena (.1); | 1.10 |

**SIDLEY AUSTIN LLP**

Invoice Number: 37049716
Blackhill Partners, LLC

Montco Offshore, Inc.

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | review subpoena (.1). | |
| 07/19/17 | ME Linder | Emails with T. Labuda, DLA and litigation support re: production to committee (.3); finalize production and email to committee counsel re same (.3) | .60 |
| 07/20/17 | TA Labuda | Conference with H. Hatfield re deposition (.1); emails with DLA re email search range (.1); emails with J. Stone re subpoena (.1); email to V. Slusher re deposition preparation (.1). | .40 |
| 07/21/17 | TA Labuda | Deposition preparation (.4); deposition preparation with J. Stone (.5); emails with D. Avraham re deposition (.1). | 1.00 |
| 07/21/17 | ME Linder | Emails with DLA re document production and notice of deposition | .20 |
| 07/23/17 | TA Labuda | Travel to and prepare for J. Stone deposition. | 5.40 |
| 07/24/17 | TA Labuda | Prepare for deposition with J. Stone (.2); defend J. Stone deposition (3.6); return travel from deposition (5.6). | 9.40 |
| 07/27/17 | TA Labuda | Emails with J. Stone re transcript review | .10 |
| 07/28/17 | TA Labuda | Review J. Stone deposition transcript (.6); emails with J. Stone re comments on same (.1). | .70 |
| 07/31/17 | TA Labuda | Work on revisions to transcript (.4); emails with Hatfield, DLA and reporter re same (.1). | .50 |
| | | **Total Hours** | **33.80** |