## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| MONTCO OFFSHORE, INC., et al., | § | CASE NO. 17-31646 |
| | § | |
| DEBTORS. | § | (Jointly Administered) |

### AMENDED NOTICE OF SCHEDULED RULE 2004
### EXAMINATION TO LEE ORGERON

**TO:** **LEE ORGERON,** by and through his attorney of record Vince Paul Slusher, Drinker Biddle & Reath LLP, 1717 Main Street, Ste. 5400, Dallas, Texas 75201.

Please take notice that, pursuant to Southern District of Texas Bankruptcy Local Rules 2004-1 and 9013-1(a), Aqueos Corporation (the "Aqueos") a secured creditor in the above bankruptcy case Montco Offshore, Inc. ("MOI") and Montco Oilfield Contractors, LLC ("MOC," and collectively with MOI, the "Debtors"), by and through the undersigned Jacinto's counsel, intends to take the examination of Lee Orgeron, beginning at **2:00 p.m.** on **Monday**, **October 30, 2017**, at the offices of Kilmer Crosby & Walker PLLC, 712 Main Street, Ste. 1100, Houston, Texas  77002, or at a time and place to be mutually agreed upon. This examination will take place before a certified court reporter and may also be videotaped. Your counsel is invited to attend and cross-examine.

DATED: October 18, 2017               Respectfully submitted,

**KILMER CROSBY & WALKER PLLC**
*/s/ Brian A. Kilmer*
Brian A. Kilmer
Texas Bar No. 24012963
bkilmer@kcw-lawfirm.com
712 Main Street, Ste. 1100
Houston, Texas  77002
Telephone: 713.300.9662
Fax: 214.731.3117

**COUNSEL FOR AQUEOS CORPORATION**

**CERTIFICATE OF CONFERENCE**

In compliance with Local Rule 2004-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Texas, I certify that counsel for Debtors has agreed to this deposition date and time.

  */s/ Brian A. Kilmer*
  Brian A. Kilmer

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 18th day of October, 2017, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties and/or their counsel of record registered to receive electronic notice via the Court's CM/ECF system.

  */s/ Brian A. Kilmer*
  Brian A. Kilmer