UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-31646 (MI) |
| MONTCO OFFSHORE, INC. *ET AL*[1] | CHAPTER 11 |
| Debtors | (Jointly Administered) |

**JOINDER OF ODYSSEA MARINE, INC. TO OCEANEERING INTERNATIONAL, INC.'S EMERGENCY MOTION FOR ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 1121(d) TERMINATING DEBTORS' EXCLUSIVE PERIOD TO FILE CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THREOF**
(Related to Docket No. 639)

**THIS MOTION SEEKS ENTRY OF AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**
**EMERGENCY RELIEF HAS BEEN REQUESTED.  IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER.  IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.  A HEARING WILL BE HELD ON THIS MATTER ON DECMEBER 4, 2017 AT 3:00 P.M. (CT) BEFORE THE HONORABLE MARVIN ISGUR, 515 RUSK STREET, COURTROOM 404, HOUSTON, TEXAS 77002**

**REPRESENTATED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY**

**TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Montco Offshore, Inc. (1449) and Montco Oilfield Contractors, LLC (9886).  The mailing address for the Debtors, solely for the purposes of notices and communications, is 17751 Hwy 3235, Galliano, Louisiana 70354.

Odyssea Marine, Inc. ("Odyssea") hereby joins the Oceaneering International, Inc.'s ("Oceaneering"), Emergency Motion for Entry of Order Pursuant to 11 U.S.C. § 1121(d) Terminating Debtors' Exclusive Period to File Chapter 11 Plan and Solicit Acceptances Thereof ("Motion to Terminate Exclusivity Period") [Dkt No. 639] and respectfully states as follows:

## I.   FACTUAL BACKGROUND

1. On Mach 17, 2017, Montco Offshore, Inc. ("Montco Offshore") and Montco Oilfield Contractors, LLC ("Montco Oilfield") (collectively "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On July 7, 2017, the Debtors filed their Emergency Motion for Entry of an Order Extending Exclusivity Periods Pursuant to Bankruptcy Code 1121 [Dkt No. 313] (the "First Exclusivity Motion"), seeking an extension for the period during which the Debgors have the exclusive right to (a) file a chapter 11 plan (the "Filing Exclusivity Period") through and including September 13, 2017, and (b) solicit a plan filed (the "Solicitation Exclusivity Period") through and including November 13, 2017.

3. On or about July 17, 2017, the Court entered an Order granting the First Exclusivity Motion [Dkt No. 329].

4. On August 22, 2017, the Debtors filed their second Emergency Motion for Entry of an Order Extending Exclusivity Periods Pursuant to Bankruptcy Code 1121 [Dkt No. 411] (the "Second Exclusivity Motion"), seeking an extension for the period during which the DebTors have the exclusive right to (a) file a chapter 11 plan (the "Filing Exclusivity Period")

through and including October 13, 2017, and (b) solicit a plan filed (the "Solicitation Exclusivity Period") through and including December 13, 2017.

5. On or about July 17, 2017, the Court entered an Order granting the Second Exclusivity Motion [Dkt No. 424].

6. On September 26, 2017, Montco Offshore and Montco Oilfield filed their chapter 11 plans of reorganization and liquidation ("Plan") [Dkt No. 439] and their disclosure statement [Dkt No. 440] in connection therewith.

7. On October 6, 2017, the Court entered an Order conditionally approving the Debtors' Disclosure Statement [Dkt No. 470]. The Court set the Debtors' solicitation and notice date for October 10, 2017, with a confirmation hearing scheduled for November 13, 2017.

8. On October 12, 2017, the Debtors filed their third Motion for Entry of an Order Extending Exclusivity Periods Pursuant to Bankruptcy Code 1121 [Dkt No. 486] (the "Third Exclusivity Motion"), seeking an extension of the exclusivity period through November 13, 2017.

9. On November 6, 2017, the Court entered an Order Granting the Third Exclusivity Motion [Dkt No. 554].

10. On November 13, 2017, the Debtors filed their fourth Emergency Motion for Entry of an Order Extending Exclusivity Periods Pursuant to Bankruptcy Code 1121 [Dkt No. 605] (the "Fourth Exclusivity Motion"), seeking an extension for the exclusivity period through December 13, 2017 and extending Solicitation Exclusivity Period through January 12, 2018.

11. On November 20, 2017, the Court continued the hearing on the Fourth Exclusivity Motion to November 29, 2017.

12. On November 24, 2017, the Debtors filed their Emergency Motion for an Order (I) Approving (A) Bidding Procedures Governing Submission and Consideration of Competing Transactions, (B) Bid Protections, (C) Form and Manner of Notice of Sale Transaction and Sale hearing; and (D) Assumption and Assignment Procedures for any Transferred Contracts; (II) (A) Scheduling and Authorizing Debtor to Conduct an Auction Pursuant to the Bidding Procedures and (B) Authorizing Debtor to Enter into the Purchase Agreement to Implement the Bidding Protections, (III) Authorizing (A) the Sale of the Purchased Assets Free and Clear of All Liens, Claims, Encumbrances, and other Interests, and (B) the Assumption and Assignment of any Transferred Contracts; and (IV) Granting Related Relief [Dkt No. 637] ("Sale Motion"), seeking to sell all of Montco Offshore's assets.

13. On November 27, 2017, Oceaneering International, Inc., filed its Motion to Terminate Exclusivity which is currently set for hearing on December 4, 2017 at 3:00 p.m.

14. On November 28, 2017, the Debtors filed their Notice of Withdrawal of Debtors' Plan and Disclosure Statement [Dkt. No. 641].

## II. JOINDER

Odyssea hereby joins in the Oceaneering's Motion to Terminate Exclusivity Period and incorporate herein by reference the arguments contained therein and request that they be permitted to appear and be heard at any hearing on the Motion.

## III. RESERVATION OF RIGHTS

Odyssea reserve the right to raise additional grounds for relief requested in this Joinder and to supplement and/or amend this Joinder. The filing of this Joinder is not to be construed as a waiver of any of Joiners' rights and/or defenses.

*WHEREFORE,* Odyssea Marine, Inc. respectfully request that the Court:

1. Enter an order, be entered in the form attached to Oceaneering's Motion to Terminate Exclusivity as Exhibit "A" thereto, and

2. For such other and further relief to which it may be entitled in law and equity.

Dated: November 29, 2017                Respectfully submitted:

**ADAMS AND REESE LLP**

By: */s/Robin B. Cheatham*
Robin B. Cheatham, S.D. Tex. No. 18036
Scott R. Cheatham Texas Bar No. 24050406
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Ph:  (504) 585-3234
Fx:  (504) 566-0210

*Attorneys for Odyssea Marine Inc.,*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon the following parties listed below via the court's CM/ECF electronic filing system and/or by depositing a copy of same in the United States Mail, postage prepaid and properly addressed, this 29th day of November, 2017:

- H Kent Aguillard    kaguillard@yhalaw.com, gneumeyer@yhalaw.com
- Sharon Marie Beausoleil    sbeausoleil@gardere.com, ggattis@gardere.com;rdiep@gardere.com
- James H Billingsley    jbillingsley@polsinelli.com, mkeith@polsinelli.com
- Rachel Lisotta Bradley    rbradley@mcalpinelaw.com, dlawrence@mcalpinelaw.com
- Andrew A Braun    abraun@glllaw.com
- Joseph P Briggett    jbriggett@lawla.com
- Lynn Hamilton Butler    lynn.butler@huschblackwell.com, penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com
- Matthew D Cavenaugh    mcavenaugh@jw.com, bhowell@jw.com

- Robin B Cheatham    robin.cheatham@arlaw.com, vicki.owens@arlaw.com;Mary.cuenca@arlaw.com
- David L Curry    dcurry@okinadams.com, vgreen@okinadams.com
- Brandon Taylor Darden    bdarden@carverdarden.com, foy@carverdarden.com
- Patrick Mason Dennis    pdennis@doylelawfirm.com, service@doylelawfirm.com
- Carl Dore    carl@dorelawgroup.net, bbollman@dorelawgroup.net
- John M Duck    laurie.anders@arlaw.com, john.duck@arlaw.com
- Stanwood R Duval    stan@duvallawfirm.com
- Philip G Eisenberg    peisenberg@lockelord.com
- David S Elder    delder@gardere.com, ggattis@gardere.com;rdiep@gardere.com
- Eric Michael English    eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com
- Cade A Evans    cadeevans@allengooch.com, kathyguilbeau@allengooch.com
- Michael Fishel    mfishel@sidley.com, michael-fishel-4347@ecf.pacerpro.com
- Bradley Roland Foxman    bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com
- Margaret Virginia Glass    mglass@glllaw.com, talbright@glllaw.com
- Paul Joseph Goodwine    pgoodwine@loopergoodwine.com, hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;smarrone@loopergoodwine.com
- Kenneth P. Green    kgreen@snowspencelaw.com, janissherrill@snowspencelaw.com;rhondarackley@snowspencelaw.com
- Tara L Grundemeier    houston_bankruptcy@publicans.com
- Holly C Hamm    hollyhamm@snowspencelaw.com, janissherrill@snowspencelaw.com;brendabrewton@snowspencelaw.com
- John F Higgins    jhiggins@porterhedges.com, ksteverson@porterhedges.com;emoreland@porterhedges.com
- John H Hughes    johnhughes@allengooch.com, gwenlandry@allengooch.com;lindamoncla@allengooch.com
- Patrick L Hughes    hughesp@haynesboone.com
- Brian A Kilmer    bkilmer@kcw-lawfirm.com, bkilmer@ecf.courtdrive.com
- Henry Arthur King    hking@kingkrebs.com, cwomack@kingkrebs.com;dbaldass@kingkrebs.com;jburmaster@kingkrebs.com
- Bradley Clay Knapp    bknapp@lockelord.com, kmillet@lockelord.com;tle@lockelord.com
- Ralph E Kraft    rek@kgdlawllc.com, slp@kgdlawllc.com;rmh@kgdlawllc.com;ctd@kgdlawllc.com;bel@kgdlawllc.com
- Omer F Kuebel    nobankecf@lockelord.com
- Ward F Lafleur    wlafleur@mandllaw.com, jfaulk@mandllaw.com;hcrappell@mandllaw.com;nmcmillan@mandllaw.com;mmandich@mandllaw.com
- Michael Edward Landis    mlandis@monbar.com
- Lambert M Laperouse    laperouse@glllaw.com, hherrick@glllaw.com
- Maxwell Lane Lowrey    llowrey@sbsblaw.com
- Michael Charles Lutfy    Michael.lutfy@lockelord.com
- Ryan E Manns    ryan.manns@nortonrosefulbright.com

- Christine A March    christine.a.march@usdoj.gov
- Jarrod B. Martin    jmartin@nathansommers.com, lcoleman@nathansommers.com;jpoe@nathansommers.com
- Michael L McAlpine    mmcalpine@mcalpinelaw.com
- Curtis W McCreight    mccreight@hooverslovacek.com, bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com
- Zachary S McKay    zmckay@dorelawgroup.net, bbollman@dorelawgroup.net
- John P Melko    jmelko@gardere.com, ggattis@gardere.com;swilson@gardere.com;rdiep@gardere.com
- Matthew W Moran    mmoran@velaw.com
- Andre J. Mouledoux    amouledoux@mblb.com
- Christopher R Murray    cmurray@diamondmccarthy.com, cburrow@diamondmccarthy.com;jsauceda@diamondmccarthy.com
- Ryan Anthony O'Connor    roconnor@okinadams.com
- Matthew Scott Okin    mokin@okinadams.com, teaston@okinadams.com
- Jean Paul Picou Overton    jeanpaul.overton@superiorenergy.com
- Stewart F Peck    speck@lawla.com
- Daniel J. Phillips    Dan@dmsfirm.com, brittany@dmsfirm.com
- Christopher H Riviere    criviere@rivierelaw.com, mbruce@rivierelaw.com
- Lacey E. Rochester    lrochester@bakerdonelson.com
- Brian D Roman    broman@okinadams.com, teaston@okinadams.com
- Joseph Peak Rovira    josephrovira@andrewskurth.com
- Charles M. Rubio    crubio@diamondmccarthy.com, lciaccio@diamondmccarthy.com
- Bruce J. Ruzinsky    bruzinsky@jw.com, ygalvin@jw.com;bhowell@jw.com
- Craig A Ryan    ryan@onebane.com, hollierj@onebane.com
- Gina D Shearer    Gina.shearer@strasburger.com, teresa.barrera@strasburger.com
- Vincent P Slusher    vince.slusher@dbr.com, david.avraham@dlapiper.com;danette.dykema@dbr.com;Daniel.Northrop@dbr.com;stacy.lutkus@dbr.com
- William Ross Spence    ross@snowspencelaw.com, donnasutton@snowspencelaw.com;janissherrill@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com;rhondarackley@snowspencelaw.com
- Thomas E St. Germain    tstgermain@weinlaw.com
- Stephen Douglas Statham    stephen.statham@usdoj.gov
- John Mark Stern    john.stern@oag.texas.gov, bk-mbecker@oag.texas.gov
- Eric J Taube    eric.taube@wallerlaw.com, sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
- Mark Curtis Taylor    mark.taylor@wallerlaw.com, tammy.greenblum@wallerlaw.com
- Cortney Christopher Thomas    cthomas@velaw.com
- US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
- David F Waguespack    waguespack@carverdarden.com, docket@carverdarden.com;plaisance@carverdarden.com
- Victoria Penn White    victoria.white@arlaw.com, sarah.waggenspack@arlaw.com;becky.bateman@arlaw.com
- Stephen Lynn Williamson    swilliamson@gamb.law, njohnson@gamb.law

- Sean Thomas Wilson     swilson@gardere.com, ggattis@gardere.com;rdiep@gardere.com
- Anthony Dwayne Winters     wintersa@ag.louisiana.gov
- Joshua W. Wolfshohl     jwolfshohl@porterhedges.com, ksteverson@porterhedges.com;egarfias@porterhedges.com
- Nicholas J Zeringue     njz@zeringuelawgroup.com
- Andrew B Zollinger     andrew.zollinger@dlapiper.com, yohami.lamguerra@dlapiper.com;andrew-zollinger-7649@ecf.pacerpro.com

G Tim Alexander
Attorney at Law
600 Jefferson St
Box 86 Ste 906
Lafayette, LA 70501

David E. Avraham
DLA Piper LLP (US)
444 West Lake Street, Ste. 900
Chicago, IL 60606

Martin Stewart Bohman
Carleton Loraso Hebert & Wittenbrink LLC
445 North Blvd,Ste 625
Baton Rouge, LA 70802

Thomas R. Califano
DLA Piper LLP (US)
1251 Avenue of the Ameicas, 27th Floor
NYC, NY 10020

Robert P Cuccia
Law Office of Robert P Cuccia
311 Goode St
Houma, LA 70360

Julie I. Faulk
Mahtook & Lafleur
600 Jefferson St., Ste. 1000
Lafayette, LA 70501

Lindsey Marie Johnson
Looper Goodwine PC
650 Poydras St , Ste 2400
New Orleans, LA 70130

Emile Joseph
Allen & Gooch
2000 Kaliste Saloom Road, Suite 400
Lafayette, LA 70508

Thomas A. Labuda
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Adam Lanza
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
NYC, NY 10020-1104

Jean-Paul Layrisson
Scandurro & Layrisson, LLC
607 St. Charles Ave.
New Orleans, LA 70130

Victor R Loraso
Carleton Loraso Herbert & Wittenbrink, L
445 North Blvd Ste 625
Baton Rouge, LA 70802

Stacy A. Lutkus
Drinker Biddle et al
321 Great Oaks Blvd.
Albany, NY 12203-5971

Todd M Magee
Law Office of Christopher H. Riviere
103 West 3rd St
Thibodaux, LA 70301

| | |
|---|---|
| James Noblett<br>DLA Piper LLP<br>51 John F Kennedy Parkway, Suite 120<br>Short Hills, NJ 07078 | Robert S Reich<br>Reich Album & Plunkett LLC<br>3850 N Causeway Blvd, Suite 1000<br>Metairie, LA 70002 |
| Daniel Simon<br>DLA Piper LLP (US)<br>1201 West OPeachtree Street, Suite 2800<br>Atlanta, GA 30309 | Jon A. Steenis<br>Gieger Laborde et al<br>5151 San Felipe, Ste. 750<br>Houston, TX 77056 |
| Christopher Strongosky<br>DLA Piper LLP (US)<br>1251 Avenue of the Americas, 27th Floor<br>NYC, NY 10020 | Jeffrey Torosian<br>DLA Piper LLP (US)<br>444 West Lake St., Ste. 900<br>Chicago, IL 60606 |

*/s/Robin B. Cheatham*_____
Robin B. Cheatham