| | |
|---|---|
| **From:** | David F. Waguespack |
| **Sent:** | Thursday, November 30, 2017 3:03 PM |
| **To:** | Slusher, Vince; Avraham, David; Brandon T. Darden; Perry, Kristen L. |
| **Cc:** | Brian Kilmer; Elder, David; llowrey@sbsblaw.com; Rachel A. Lisotta (rlisotta@mcalpinelaw.com); jwolfshohl@porterhedges.com; Lutkus, Stacy A.; Morgan, Brian P. |
| **Subject:** | RE: Monto - Non Disclosure Agreement |

Vince, per my earlier email the discovery requests do relate to the request to approve bidding procedures. The Debtors' representations in the motion that relate to its current path are certainly at issue and we need those documents and the interrogatory responses as soon as possible to have any chance of properly preparing for Monday's hearing.

I am really surprised by the second paragraph of your email. As you know the prior discovery requests (which related to the disclosure statement, plan and the adversary) were not in any way limited by the statements you set forth in your email. I am not sure how you could have interpreted the requests so as to impose such limitations. Further, I understood your prior email to state that you were not withholding any documents. I only questioned you about Mr. Orgeron and Mr. Boudreaux because we found no documents or emails from either of them (and only a few where Boudreaux was copied). The emails and other documents that were sought in connection with the plan are still very relevant with respect to the Debtors' current motion. These should have been produced long ago—particularly in light of the Court's admonition at the estimation hearing. I again request that you immediately produce these documents. Although a number of the document requests would cover Orgeron and Boudreaux emails, I call your attention to the two below. Thanks David

   1.   All Communications and Documents relating to any due diligence completed by MOI in determining that maximizing the value of MOI's estate would be best accomplished through a stand-alone reorganization plan of MOI.
   4.   All Communications and Documents exchanged between MOI and any other Person, other than SEACOR, regarding a possible sale or Alternative Transaction.


**David F. Waguespack**
Carver Darden Koretzky Tessier Finn Blossman & Areaux LLC
Energy Centre - 1100 Poydras Street - Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3814 - Fax: (504) 585-3801
T: (504) 585.3814 F: (504) 585.3801
waguespack@carverdarden.com | carverdarden.com



**EXHIBIT A**

**Confidentiality Statement:** This email may contain attorney-client privileged or confidential information. It is for the sole use of the intended recipient(s). If you are not the intended recipient, please refer to our disclaimer and other information located at carverdarden.com/legal-disclaimer for further handling. **IRS Circular 230 Disclosure:** This

1

document was not intended or written to be used and it cannot be used by you or anyone else for the purpose of avoiding tax penalties that may be imposed on the taxpayer. For more information, see the disclaimer referenced above.

---

**From:** Slusher, Vince [mailto:Vince.Slusher@dbr.com]
**Sent:** Thursday, November 30, 2017 2:44 PM
**To:** David F. Waguespack <waguespack@carverdarden.com>; Avraham, David <David.Avraham@dlapiper.com>; Brandon T. Darden <bdarden@carverdarden.com>; Perry, Kristen L. <Kristen.Perry@dbr.com>
**Cc:** Brian Kilmer <bkilmer@kcw-lawfirm.com>; Elder, David <delder@gardere.com>; llowrey@sbsblaw.com; Rachel A. Lisotta (rlisotta@mcalpinelaw.com) <rlisotta@mcalpinelaw.com>; jwolfshohl@porterhedges.com; Lutkus, Stacy A. <Stacy.Lutkus@dbr.com>; Morgan, Brian P. <Brian.Morgan@dbr.com>
**Subject:** RE: Monto - Non Disclosure Agreement

David,

The motion is going forward with respect to bidding procedures.  A proposed order on bidding procedures only has been attached to the motion, and we will be seeking entry of that order on Monday.  Your requests and interrogatories appear to concern the sale of assets, and not the bidding procedures.  We will work to respond to your requests in an expedited fashion, but we will not have fulsome responses to you by tomorrow.  That said, we will try to make a rolling production so that you can have a subset of responses before Monday's hearing.  As such, if you believe that certain of your requests are specific to the bidding procedures, and not to the sale, please let us know ASAP, so that we may prioritize those requests.

As for your request regarding the email searches: as you know, we are not moving forward with the Plan and Disclosure Statement (see Docket No. 641).  Your discovery requests in connection with the Plan and Disclosure Statement appear, therefore, to be moot.  However, to the extent any such requests are duplicative of the newly propounded requests, we will produce responsive documents as soon as possible.  With respect to the prior searches, following the depositions of Mr. Boudreaux and Mr. Orgeron, searches were conducted in response to the specific requests for correspondence which could illustrate the terms of the oral charter agreement between MOI and MOC which requests were made during the depositions. As a result of those searches, an illustrative production set was produced (uploaded into the non-confidential folder of the database) as an example of internal communications between MOI and MOC. I represented to Mr. Kilmer that I would produce additional correspondence if he requested I do so after his review of the illustrative set.  The Court ruled in favor or your client and Mr. Kilmer's on November 8 regarding estimation.  Presumably as a result of the ruling, no such further request was made by Mr. Kilmer.

Thanks,  Vince.


Vince Slusher
**Drinker Biddle & Reath** LLP
1717 Main Street, Ste. 5400
Dallas, TX 75201-7367
(469) 357-2571 *office*
Vince.Slusher@dbr.com
www.drinkerbiddle.com

---

**From:** David F. Waguespack [mailto:waguespack@carverdarden.com]
**Sent:** Thursday, November 30, 2017 12:10 PM
**To:** Avraham, David <David.Avraham@dlapiper.com>; Brandon T. Darden <bdarden@carverdarden.com>; Slusher, Vince <Vince.Slusher@dbr.com>; Perry, Kristen L. <Kristen.Perry@dbr.com>
**Cc:** Brian Kilmer <bkilmer@kcw-lawfirm.com>; Elder, David <delder@gardere.com>; llowrey@sbsblaw.com; Rachel A.

Lisotta (rlisotta@mcalpinelaw.com) <rlisotta@mcalpinelaw.com>; jwolfshohl@porterhedges.com; Lutkus, Stacy A. <Stacy.Lutkus@dbr.com>; Morgan, Brian P. <Brian.Morgan@dbr.com>
**Subject:** RE: Monto - Non Disclosure Agreement

David I only see the note in the beginning of the motion that the Debtors request that the Motion be set for hearing on December 4, 2017.  The document requests and interrogatories concern the motion that was filed on November 24, 2017, docket no. 637.  If any part of that motion is going forward on Monday, December 4, 2017 the documents should be produced 72 hours before the hearing on December 4, 2017.  Thanks David

## David F. Waguespack

Carver Darden Koretzky Tessier Finn Blossman & Areaux LLC
Energy Centre - 1100 Poydras Street - Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3814 - Fax: (504) 585-3801
T: (504) 585.3814 F: (504) 585.3801
waguespack@carverdarden.com | carverdarden.com



**Confidentiality Statement:** This email may contain attorney-client privileged or confidential information. It is for the sole use of the intended recipient(s). If you are not the intended recipient, please refer to our disclaimer and other information located at carverdarden.com/legal-disclaimer for further handling. **IRS Circular 230 Disclosure:** This document was not intended or written to be used and it cannot be used by you or anyone else for the purpose of avoiding tax penalties that may be imposed on the taxpayer. For more information, see the disclaimer referenced above.

**From:** Avraham, David [mailto:David.Avraham@dlapiper.com]
**Sent:** Thursday, November 30, 2017 11:30 AM
**To:** David F. Waguespack <waguespack@carverdarden.com>; Brandon T. Darden <bdarden@carverdarden.com>; Slusher, Vince <Vince.Slusher@dbr.com>; Perry, Kristen L. <Kristen.Perry@dbr.com>
**Cc:** Brian Kilmer <bkilmer@kcw-lawfirm.com>; Elder, David <delder@gardere.com>; llowrey@sbsblaw.com; Rachel A. Lisotta (rlisotta@mcalpinelaw.com) <rlisotta@mcalpinelaw.com>; jwolfshohl@porterhedges.com; Lutkus, Stacy A. <Stacy.Lutkus@dbr.com>; Morgan, Brian P. <Brian.Morgan@dbr.com>
**Subject:** RE: Monto - Non Disclosure Agreement

David,

Just to get back to you quickly on the first point – there is a bidding procedures hearing scheduled for Monday.   The sale hearing is currently requested to be scheduled for December 19th.    Again, I'll assume your discovery requests are in connection with the sale hearing, not bid procedures.

We'll get back to you today on your second question (I want to confer with co-counsel, since they were present at the depositions).

Thanks

-David

**From:** David F. Waguespack [mailto:waguespack@carverdarden.com]
**Sent:** Thursday, November 30, 2017 10:59 AM
**To:** Avraham, David; Brandon T. Darden; Slusher, Vince; Perry, Kristen L.
**Cc:** Brian Kilmer; Elder, David; llowrey@sbsblaw.com; Rachel A. Lisotta (rlisotta@mcalpinelaw.com); jwolfshohl@porterhedges.com; Lutkus, Stacy A.; Morgan, Brian P.
**Subject:** RE: Monto - Non Disclosure Agreement

David thank you for the response. I am not aware that the sales hearing has been set for Monday at 3 pm. I saw that request in your motion but I have never seen an order or notice of hearing. So if the Judge has set the hearing for that date and time then yes we would need the documents tomorrow at 3 pm.

We continue to ask for a response as to why there are no Orgeron or Boudreaux emails or documents in the prior production. My recollection is that Mr. Kilmer asked both at their depositions if they had been asked to search for such emails and both said no. Can you advise as to whether a search has been made and if so why no documents have been produced (and if not why has a search not been made)? Thanks

**David F. Waguespack**

Carver Darden Koretzky Tessier Finn Blossman & Areaux LLC
Energy Centre - 1100 Poydras Street - Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3814 - Fax: (504) 585-3801
T: (504) 585.3814  F: (504) 585.3801
waguespack@carverdarden.com | carverdarden.com



**Confidentiality Statement:** This email may contain attorney-client privileged or confidential information. It is for the sole use of the intended recipient(s). If you are not the intended recipient, please refer to our disclaimer and other information located at carverdarden.com/legal-disclaimer for further handling. **IRS Circular 230 Disclosure:** This document was not intended or written to be used and it cannot be used by you or anyone else for the purpose of avoiding tax penalties that may be imposed on the taxpayer. For more information, see the disclaimer referenced above.

---

**From:** Avraham, David [mailto:David.Avraham@dlapiper.com]
**Sent:** Thursday, November 30, 2017 10:53 AM
**To:** Brandon T. Darden <bdarden@carverdarden.com>; David F. Waguespack <waguespack@carverdarden.com>; Slusher, Vince <Vince.Slusher@dbr.com>; Perry, Kristen L. <Kristen.Perry@dbr.com>
**Cc:** Brian Kilmer <bkilmer@kcw-lawfirm.com>; Elder, David <delder@gardere.com>; llowrey@sbsblaw.com; Rachel A. Lisotta (rlisotta@mcalpinelaw.com) <rlisotta@mcalpinelaw.com>; jwolfshohl@porterhedges.com; Lutkus, Stacy A. <Stacy.Lutkus@dbr.com>; Morgan, Brian P. <Brian.Morgan@dbr.com>
**Subject:** RE: Monto - Non Disclosure Agreement

Brandon,

Hope you had a nice holiday weekend. We just wanted to confirm that the requested discovery deadline is the earlier of (a) 72 hours prior to the Sale Hearing, or (b) 10 days from Nov. 29 (which falls out on a Saturday, so we assume that to be Monday, December 11). There is some ambiguity that allows your requests to be read as seeking documents as of 72 hours prior to the Bidding Procedures Hearing, *i.e.* tomorrow. I assume this was not the intent, but we just want to

be sure.  Obviously, we would object to requests that seek a 48-hour turnaround, but, again, we assume that is not the intent.

Many thanks, and please just let us know when you get a chance.

-David

---

**From:** Brandon T. Darden [mailto:bdarden@carverdarden.com]
**Sent:** Wednesday, November 29, 2017 7:05 PM
**To:** David F. Waguespack; Slusher, Vince; Perry, Kristen L.
**Cc:** Avraham, David; Brian Kilmer; Elder, David; llowrey@sbsblaw.com; Rachel A. Lisotta (rlisotta@mcalpinelaw.com); jwolfshohl@porterhedges.com
**Subject:** RE: Monto - Non Disclosure Agreement

Vince,

Enclosed please find Alliance's Second Requests for Production of Documents and Second Set of Interrogatories to the Debtors.

I am also following up on David's email below from last Wednesday. Please respond at your earliest convenience.

Thanks,

**BRANDON T. DARDEN**
Carver Darden Koretzky Tessier Finn Blossman & Areaux LLC
1100 Poydras St., Suite 3100 | New Orleans, Louisiana 70163
T: (504) 585.3898 | F: (504) 585.3801
bdarden@carverdarden.com | carverdarden.com

 CARVER DARDEN

**Confidentiality Statement:** This email may contain attorney-client privileged or confidential information. It is for the sole use of the intended recipient(s). If you are not the intended recipient, please refer to our disclaimer and other information located at carverdarden.com/legal-disclaimer for further handling. **IRS Circular 230 Disclosure:** This document was not intended or written to be used and it cannot be used by you or anyone else for the purpose of avoiding tax penalties that may be imposed on the taxpayer. For more information, see the disclaimer referenced above.

---

**From:** David F. Waguespack
**Sent:** Wednesday, November 22, 2017 2:04 PM
**To:** Slusher, Vince <Vince.Slusher@dbr.com>; Perry, Kristen L. <Kristen.Perry@dbr.com>
**Cc:** Brandon T. Darden <bdarden@carverdarden.com>; Avraham, David <David.Avraham@dlapiper.com>; Brian Kilmer <bkilmer@kcw-lawfirm.com>; Elder, David <delder@gardere.com>; llowrey@sbsblaw.com; Rachel A. Lisotta (rlisotta@mcalpinelaw.com) <rlisotta@mcalpinelaw.com>
**Subject:** RE: Monto - Non Disclosure Agreement

Vince, one thing that we noticed is that there are very few emails or documents from or to Mr. Boudreaux and none from or to Mr. Orgeron.  The documents which have been produced bear the prefix BHP—I assume this is for Blackhill Partners.  Given the scope of the document requests this seems odd but unless I hear otherwise we will assume that Mr. Boudreaux and Mr. Orgeron did not author, send or receive any emails or correspondence except as reflected in the documents produced to date.   Thanks David

**David F. Waguespack**
Carver Darden Koretzky Tessier Finn Blossman & Areaux LLC

Energy Centre - 1100 Poydras Street - Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3814 - Fax: (504) 585-3801
T: (504) 585.3814 F: (504) 585.3801
waguespack@carverdarden.com | carverdarden.com



**Confidentiality Statement:** This email may contain attorney-client privileged or confidential information. It is for the sole use of the intended recipient(s). If you are not the intended recipient, please refer to our disclaimer and other information located at carverdarden.com/legal-disclaimer for further handling. **IRS Circular 230 Disclosure:** This document was not intended or written to be used and it cannot be used by you or anyone else for the purpose of avoiding tax penalties that may be imposed on the taxpayer. For more information, see the disclaimer referenced above.


**From:** Slusher, Vince [mailto:Vince.Slusher@dbr.com]
**Sent:** Thursday, November 16, 2017 3:28 PM
**To:** David F. Waguespack <waguespack@carverdarden.com>; Perry, Kristen L. <Kristen.Perry@dbr.com>
**Cc:** Brandon T. Darden <bdarden@carverdarden.com>; Avraham, David <David.Avraham@dlapiper.com>; Brian Kilmer <bkilmer@kcw-lawfirm.com>; Elder, David <delder@gardere.com>; llowrey@sbsblaw.com; Rachel A. Lisotta (rlisotta@mcalpinelaw.com) <rlisotta@mcalpinelaw.com>
**Subject:** RE: Monto - Non Disclosure Agreement

David, at this point we are not withholding any documents based upon confidentiality or privilege.  We continue to review documents in light of expansions to the requests made during depositions and will produce any relevant documents that review discloses which have not previously been produced.   Further, to the extent we discover any confidential documents during the review, we may renew our request for a NDA prior to production.

Regards Vince.

Vince Slusher
**Drinker Biddle & Reath** LLP
1717 Main Street, Ste. 5400
Dallas, TX 75201-7367
(469) 357-2571 *office*
Vince.Slusher@dbr.com
www.drinkerbiddle.com


**From:** David F. Waguespack [mailto:waguespack@carverdarden.com]
**Sent:** Thursday, November 16, 2017 3:09 PM
**To:** Perry, Kristen L. <Kristen.Perry@dbr.com>; Slusher, Vince <Vince.Slusher@dbr.com>
**Cc:** Brandon T. Darden <bdarden@carverdarden.com>; Avraham, David <David.Avraham@dlapiper.com>; Brian Kilmer <bkilmer@kcw-lawfirm.com>; Elder, David <delder@gardere.com>; llowrey@sbsblaw.com; Rachel A. Lisotta (rlisotta@mcalpinelaw.com) <rlisotta@mcalpinelaw.com>
**Subject:** RE: Monto - Non Disclosure Agreement

Vince and Kristen I would appreciate your responding to my email below at your earliest convenience.  If we have a dispute regarding the production, I would like to be in a position to timely present it to the Court.  Thanks David

**David F. Waguespack**

Carver Darden Koretzky Tessier Finn Blossman & Areaux LLC
Energy Centre - 1100 Poydras Street - Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3814 - Fax: (504) 585-3801
T: (504) 585.3814 F: (504) 585.3801
waguespack@carverdarden.com | carverdarden.com



**Confidentiality Statement:** This email may contain attorney-client privileged or confidential information. It is for the sole use of the intended recipient(s). If you are not the intended recipient, please refer to our disclaimer and other information located at carverdarden.com/legal-disclaimer for further handling. **IRS Circular 230 Disclosure:** This document was not intended or written to be used and it cannot be used by you or anyone else for the purpose of avoiding tax penalties that may be imposed on the taxpayer. For more information, see the disclaimer referenced above.

**From:** David F. Waguespack
**Sent:** Wednesday, November 15, 2017 3:04 PM
**To:** Perry, Kristen L. <Kristen.Perry@dbr.com>; Vince.Slusher@dbr.com
**Cc:** Brandon T. Darden <bdarden@carverdarden.com>; Avraham, David <David.Avraham@dlapiper.com>; Brian Kilmer <bkilmer@kcw-lawfirm.com>; Elder, David <delder@gardere.com>; llowrey@sbsblaw.com; Rachel A. Lisotta (rlisotta@mcalpinelaw.com) <rlisotta@mcalpinelaw.com>
**Subject:** RE: Monto - Non Disclosure Agreement

Vince and Kristen, can you please advise if any documents are still being withheld from Alliance Energy Services' document requests based upon confidentiality, privilege, or any other basis? Your attached response to the document requests states that "Debtors have produced documents responsive to this Request" but does not state that all responsive documents have been produced or provide a log of any documents that have been withheld. Please advise. Thanks David.

**David F. Waguespack**

Carver Darden Koretzky Tessier Finn Blossman & Areaux LLC
Energy Centre - 1100 Poydras Street - Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3814 - Fax: (504) 585-3801
T: (504) 585.3814 F: (504) 585.3801
waguespack@carverdarden.com | carverdarden.com



**Confidentiality Statement:** This email may contain attorney-client privileged or confidential information. It is for the sole use of the intended recipient(s). If you are not the intended recipient, please refer to our disclaimer and other information located at carverdarden.com/legal-disclaimer for further handling. **IRS Circular 230 Disclosure:** This document was not intended or written to be used and it cannot be used by you or anyone else for the purpose of avoiding tax penalties that may be imposed on the taxpayer. For more information, see the disclaimer referenced above.

**From:** David F. Waguespack
**Sent:** Saturday, October 28, 2017 2:42 PM
**To:** Perry, Kristen L. <Kristen.Perry@dbr.com>
**Cc:** Brandon T. Darden <bdarden@carverdarden.com>; Vince.Slusher@dbr.com; Avraham, David <David.Avraham@dlapiper.com>; Brian Kilmer <bkilmer@kcw-lawfirm.com>; Elder, David <delder@gardere.com>; llowrey@sbsblaw.com; Rachel A. Lisotta (rlisotta@mcalpinelaw.com) <rlisotta@mcalpinelaw.com>
**Subject:** RE: Monto - Non Disclosure Agreement

Kristen, I have not received a response to my email below and we have not received any documents (I am not certain what documents are being withheld based on confidentiality but we have not received any documents). Can you please send us the documents in the next couple of hours? Due to my schedule I will not be able to review them before the deposition if I do not receive them this afternoon. Our requests were identical to the requests issued by the other defendants. Thanks David

**David F. Waguespack**
Carver Darden Koretzky Tessier Finn Blossman & Areaux LLC
Energy Centre - 1100 Poydras Street - Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3814 - Fax: (504) 585-3801
T: (504) 585.3814 F: (504) 585.3801
waguespack@carverdarden.com | carverdarden.com



**Confidentiality Statement:** This email may contain attorney-client privileged or confidential information. It is for the sole use of the intended recipient(s). If you are not the intended recipient, please refer to our disclaimer and other information located at carverdarden.com/legal-disclaimer for further handling. **IRS Circular 230 Disclosure:** This document was not intended or written to be used and it cannot be used by you or anyone else for the purpose of avoiding tax penalties that may be imposed on the taxpayer. For more information, see the disclaimer referenced above.

---

**From:** David F. Waguespack
**Sent:** Friday, October 27, 2017 6:10 PM
**To:** 'Perry, Kristen L.' <Kristen.Perry@dbr.com>
**Cc:** Brandon T. Darden <bdarden@carverdarden.com>
**Subject:** RE: Monto - Non Disclosure Agreement

Kristen, can you identify what information you consider confidential? The items listed below (cut from the NDA) in my view are not confidential in a bankruptcy case. We do not think our request sought confidential information but if you have to redact a customer name that is fine. Can't think if anything else that would be confidential. Thanks David

> (i)    any information (including historical financial information that has not been publicly disclosed) concerning the business, operations, financial condition, valuation, projections, operations, and assets and liabilities of the Company, whether or not such information was created by the Company, included in information that is furnished by or on behalf of the Company to the Recipient, and regardless of whether such information is labeled "confidential"; and

(ii)     notes, analysis, compilations, studies, interpretations, memoranda, other documents and writings, or other means of conveying or disclosing information by the Company to the extent such materials or disclosures contain, reflect, or are based on, any information described in clause (i) above.

**David F. Waguespack**
Carver Darden Koretzky Tessier Finn Blossman & Areaux LLC
Energy Centre - 1100 Poydras Street - Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3814 - Fax: (504) 585-3801
T: (504) 585.3814 F: (504) 585.3801
waguespack@carverdarden.com | carverdarden.com



**Confidentiality Statement:** This email may contain attorney-client privileged or confidential information. It is for the sole use of the intended recipient(s). If you are not the intended recipient, please refer to our disclaimer and other information located at carverdarden.com/legal-disclaimer for further handling. **IRS Circular 230 Disclosure:** This document was not intended or written to be used and it cannot be used by you or anyone else for the purpose of avoiding tax penalties that may be imposed on the taxpayer. For more information, see the disclaimer referenced above.

---

**From:** Perry, Kristen L. [mailto:Kristen.Perry@dbr.com]
**Sent:** Friday, October 27, 2017 6:00 PM
**To:** Brandon T. Darden <bdarden@carverdarden.com>
**Cc:** David F. Waguespack <waguespack@carverdarden.com>
**Subject:** RE: Monto - Non Disclosure Agreement

Brandon,

See attached NDA. Let me know if you have any questions.

Thanks,

Kristen

---

**From:** Perry, Kristen L.
**Sent:** Friday, October 27, 2017 5:09 PM
**To:** 'bdarden@carverdarden.com' <bdarden@carverdarden.com>
**Subject:** Monto - Non Disclosure Agreement

Brandon,

I am working on a draft NDA for both parties to execute prior to any confidential information being shared. I will send that to you shortly.

Kristen

Kristen L. Perry
**Drinker Biddle & Reath LLP**
1717 Main Street, Ste. 5400
Dallas, TX 75201-7367
(469) 357-2548 *office*
Kristen.Perry@dbr.com
www.drinkerbiddle.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Drinker Biddle & Reath LLP is a Delaware limited liability partnership. The partner responsible for the firm's Princeton office is Jonathan I. Epstein, and the partner responsible for the firm's Florham Park office is Andrew B. Joseph.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender at Drinker Biddle & Reath LLP by reply e-mail and delete the message. Thank you very much.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Drinker Biddle & Reath LLP is a Delaware limited liability partnership. The partner responsible for the firm's Princeton office is Jonathan I. Epstein, and the partner responsible for the firm's Florham Park office is Andrew B. Joseph.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender at Drinker Biddle & Reath LLP by reply e-mail and delete the message. Thank you very much.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Drinker Biddle & Reath LLP is a Delaware limited liability partnership. The partner responsible for the firm's Princeton office is Jonathan I. Epstein, and the partner responsible for the firm's Florham Park office is Andrew B. Joseph.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender at Drinker Biddle & Reath LLP by reply e-mail and delete the message. Thank you very much.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*