**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| MONTCO OFFSHORE, INC., et al., | § | CASE NO. 17-31646 |
| | § | |
| DEBTORS. | § | (Jointly Administered) |

**AQUEOS CORPORATION'S JOINDER**
**TO OBJECTION TO EXTENSION OF EXCLUSIVITY**
**[Doc. No. 605]**

TO THE HONORABLE BANKRUPTCY JUDGE MARVIN ISGUR:

Aqueos Corporation (hereinafter "Aqueos") hereby files this Joinder ("Joinder") to the objection(s) to Montco Offshore, Inc.'s et al. (the "Debtors") Emergency Motion for Entry of an Order Extending Exclusivity Periods Pursuant to Bankruptcy Code Section 1121 ("Motion") [Doc. No. 605].  In support of this Joinder, Aqueos respectfully shows as follows:

1. On December 3, 2017, the Official Committee of Unsecured Creditors filed an Objection to the Exclusivity Motion.  *See* Doc. No. 668 (collectively, the "Objection").

2. Aqueos adopts and incorporates by reference the objections contained within the Objection as if each were set out in full herein.

3. Moreover, Aqueos fully reserves its rights, claims and defenses, including the right to amend, modify or supplement this pleading, to take discovery related to the proposed sale process, to raise objections and introduce evidence at any hearing surrounding any transaction involving the vessels.  Moreover, Aqueos reserves all of its rights as a creditor in these bankruptcy cases.

1

DATED: December 4, 2017      Respectfully submitted,

**KILMER CROSBY & WALKER PLLC**

By:  */s/ Brian A. Kilmer*
Brian A. Kilmer
Texas Bar No.: 24012963
Email: bkilmer@kcw-lawfirm.com
712 Main Street, Ste. 1100
Houston, Texas 77002
Telephone: 713-300-9662
Fax: 214-731-3117
Email: bkilmer@kcw-lawfirm.com

**COUNSEL FOR AQUEOS CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Objection was served via the Court's ECF system on those parties consenting to service through same on December 4, 2017.

/s/ Brian A. Kilmer
Brian A. Kilmer