IN THE UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN DISTRICT OF
TEXAS HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 17-31646 |
| MONTCO OFFSHORE, INC., *et al.*,[1] § | |
| § | Chapter 11 |
| DEBTORS. § | |
| § | (Jointly Administered) |

## C&G WELDING INC.'S JOINDER TO MULTIPLE OBJECTIONS TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER APPROVING BIDDING PROCEDURES

[Related to Doc. 637]

TO THE HONORABLE BANKRUPTCY JUDGE MARVIN ISGUR:

C&G Welding, Inc. ("C&G") respectfully joins in to the multiple objections filed by various parties to Montco Offshore, Inc.s' *Emergency Motion for Entry of an Order Approving Bidding Procedures* [Docket No. 637] ["the Bidding Procedures Motion"] for the following reasons:

1. Multiple parties in this proceeding, including Merit Energy Company, W&T Offshore, McMoran Oil and Gas, LLC., and the Official Committee of Unsecured Creditors filed objections to the Bidding Procedures Motion. [Documents 659 and 669].

2. C&G incorporates by reference those motions and the objections contained therein

---

[1] The Debtors in these chapter 11 cases, together with the last four (4) digits of each Debtor's federal tax identification number, are Montco Offshore, Inc. (1448) and Montco Oilfield Contractors, LLC (9886). The mailing address for the Debtors, solely for the purposes of notices and communications, is 17751 Hwy 3235, Galliano, Louisiana 70354.

1

as if each were set forth in this motion verbatim.

3. In addition, C&G reserves its rights, claims, and defenses to amend, modify or supplement this pleading, to raise evidence and object at any hearing, and to engage in discovery related to the proposed sale process.

DATED: December 4, 2017

Respectfully submitted,
SCHOUEST BAMDAS SOSHEA & BENMAIER PLLC

/s/ M. Lane Lowrey
M. Lane Lowrey (TSB# 24013065)
1001 McKinney, Suite 1400
Houston, Texas 77002
Tel. 713-588-0446 / Fax 713-574-2942
llowrey@sbsblaw.com

*Counsel for C&G Welding*

OF COUNSEL:

MCALPINE & COZAD
Michael L. McAlpine (TSB# 24066732)
Rachel L. Bradley (LSB#34644) *Pro Hac Vice*
365 Canal Street, Suite 2730
New Orleans, Louisiana 70130
Tel. 504-561-0323 / Fax 50-528-9442
mmcalpine@mcalpinelaw.com
rbradley@mcalpinelaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed with the Clerk of Court on this 4th day of December, 2017, and is available for viewing and downloading from the CM/ECF system. Notice of Electronic Case Filing has been sent automatically to all counsel on the e-mail service list.

/s/ M. Lane Lowrey