

ENTERED
12/04/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| MONTCO OFFSHORE, INC., *et al* | § | CASE NO: 17-31646 |
| | § | |
| MONTCO OILFIELD CONTRACTORS, LLC | § | CASE NO: 17-31647 |
| | § | |
| | § | Jointly Administered Order |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

## ORDER EXTENDING EXCLUSIVITY

For the reasons set forth on the record on this date, the Court orders:

1. The Debtors' exclusive right to file a plan is extended through the conclusion of the hearing scheduled for December 7, 2017.

2. The Debtors' exclusive solicitation rights are extended commensurate with the exclusive right to file a plan.

3. This Order is without prejudice to further extensions that may be sought at the continued hearing on December 7, 2017 at 1:30 p.m.

SIGNED **December 4, 2017.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE