IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Case No. 17-31646 |
| MONTCO OFFSHORE, INC., *et al.* [1] | § § § | Chapter 11 |
| Debtors. | § § § | (Jointly Administered) |

CERTIFICATE OF SERVICE RE:

Docket No. 708 — NOTICE OF FILING OF PROPOSED ORDER REGARDING MEDIATION

I, Mabel Soto, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

2. On December 14, 2017, at the direction of Drinker Biddle & Reath LLP, counsel to Debtors and Debtors-in-Possession, the above referenced document was served on the parties listed in Exhibit A via the modes of service indicated thereon:

///

---

[1] The Debtors in these chapter 11 cases, together with the last four (4) digits of each Debtor's federal tax identification number, are Montco Offshore, Inc. (1448) and Montco Oilfield Contractors, LLC (9886). The mailing address for the Debtors, solely for the purposes of notices and communications, is 17751 Hwy 3235, Galliano, Louisiana 70354.

Exhibit A    Address List regarding Docket No. 708
- The Master Service List Parties are referenced in Service Lists 66272 and 66364
- The Affected Parties are referenced in Service Lists 66365 and 66366

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 15th day of December 2017 at Hawthorne, California.

_____
Mabel Soto

**EXHIBIT A**

# Montco

Total number of parties: 153

## Exhibit A - Montco

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 66272 | ADAMS AND REESE LLP, JOHN M. DUCK, VICTORIA WHITE, (RE: REGIONS BANK), JOHN.DUCK@ARLAW.COM | E-mail |
| 66272 | ADAMS AND REESE LLP, JOHN M. DUCK, VICTORIA WHITE, (RE: REGIONS BANK), VICTORIA.WHITE@ARLAW.COM | E-mail |
| 66272 | ADAMS AND REESE LLP, ROBIN B. CHEATHAM, (RE: ODYSSEA MARINE, INC.), ROBIN.CHEATHAM@ARLAW.COM | E-mail |
| 66272 | ALLEN & GOOCH, A LAW CORPORATION, CADE EVANS(LA BAR NO. 24405), (RE: DALE MARTIN OFFSHORE, LLC), CADEEVANS@ALLENGOOCH.COM | E-mail |
| 66272 | ALLEN & GOOCH, A LAW CORPORATION, EMILE JOSEPH, JR(LA BAR NO. 14410), (RE: PETRO PULL, LLC), EMILEJOSEPH@ALLENGOOCH.COM | E-mail |
| 66272 | ALLEN & GOOCH, A LAW CORPORATION, EMILE JSEPH, JR. (LA BAR NO. 14410), (RE: BOWLS SLIPS & GRIPS, LLC), EMILEJOSEPH@ALLENGOOCH.COM | E-mail |
| 66272 | ALLEN & GOOCH, JOHN H HUGHES, (RE: SWIVEL RENTAL & SUPPLY LLC), JOHNHUGHES@ALLENGOOCH.COM | E-mail |
| 66366 | ALLIANCE ENERGY SERVICES LLC, ERIC TROSCLAIR, MANAGER, PO BOX 999, LAROSE, LA, 70373 | US Mail (1st Class) |
| 66365 | ALLIANCE ENERGY SERVICES LLC, ERIC TROSCLAIR, MANAGER, ETROSCLAIR@ALLIANCEOFFSHORE.COM | E-mail |
| 66272 | ANDREWS KURTH KENYON LLP, JOSEPH P. ROVIRA, ASHLEY L. HARPER, (RE: PROSERV OPERATIONS, INC.), ASHLEYHARPER@ANDREWSKURTH.COM | E-mail |
| 66272 | ANDREWS KURTH KENYON LLP, JOSEPH P. ROVIRA, ASHLEY L. HARPER, (RE: PROSERV OPERATIONS, INC.), JOSEPHROVIRA@ANDREWSKURTH.COM | E-mail |
| 66272 | ASSISTANT ATTORNEY GENERAL, JOHN MARK STERN, (RE: TX COMPTROLLER OF PUBLIC ACCOUNTS), JOHN.STERN@OAG.TEXAS.GOV | E-mail |
| 66364 | AT&T, PO BOX 105414, ATLANTA, GA, 30348-5414 | US Mail (1st Class) |
| 66364 | AT&T, PO BOX 5014, CAROL STREAM, IL, 60197-5014 | US Mail (1st Class) |
| 66364 | AT&T MOBILITY, PO BOX 5014, CAROL STREAM, IL, 60197-5014 | US Mail (1st Class) |
| 66272 | BAKER, DONELSON, BEARMAN, CALDWELL, LACEY E ROCHESTER, (RE: STANSBURY & ASSOCIATES, LLC), LROCHESTER@BAKERDONELSON.COM | E-mail |
| 66364 | BUREAU OF OCEAN ENERGY MANAGEMENT, (BOEM), 1849 C STREET, NW, WASHINGTON, DC, 20240 | US Mail (1st Class) |
| 66364 | BUREAU OF SAFETY & ENVIRONMENTAL, ENFORCEMENT (BSEE), 1849 C STREET, NW, WASHINGTON, DC, 20240 | US Mail (1st Class) |
| 66272 | CARLETON LORASO HEBERT ET AL, MARTIN S BOHMAN; VICTOR R LORASO, (RE: OFFSHORE TECHNICAL SOLUTIONS, LLC), MBOHMAN@CLHWLAW.COM | E-mail |
| 66272 | CARLETON LORASO HEBERT ET AL, MARTIN S BOHMAN; VICTOR R LORASO, (RE: OFFSHORE TECHNICAL SOLUTIONS, LLC), VLORASO@CLHWLAW.COM | E-mail |
| 66272 | CARVER, DARDEN, KORETZKY, ET AL LLC, D F WAGUESPACK & B T DARDEN, (RE: ALLIANCE ENERGY & ALLIANCE OFFSHORE), BDARDEN@CARVERDARDEN.COM | E-mail |
| 66272 | CARVER, DARDEN, KORETZKY, ET AL LLC, D F WAGUESPACK & B T DARDEN, (RE: ALLIANCE ENERGY & ALLIANCE OFFSHORE), WAGUESPACK@CARVERDARDEN.COM | E-mail |
| 66366 | CARVER, DARDEN, KORETZKY, TESSIER, ET AL, LLC, (RE: ALLIANCE ENERGY SERVICES LLC), DAVID F. WAGUESPACK, BRANDON T. DARDEN, 1100 POYDRAS STREET, SUITE 3100, NEW ORLEANS, LA, 70163 | US Mail (1st Class) |
| 66365 | CARVER,DARDEN,KORETZKY,ET AL, LLC, DAVID F WAGUESPACK;BRANDON T DARDEN, BDARDEN@CARVERDARDEN.COM | E-mail |
| 66364 | CONT MESSAGE SOL, INC., 41 SOUTH GRANT AVENUE, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 66364 | DATA TECHNOLOGY SOLUTIONS, P O 880, BREAUX BRIDGE, LA, 70517-0880 | US Mail (1st Class) |
| 66272 | DEPARTMENT OF JUSTICE, ANTITRUST DIV, OFFICE OF OPERATIONS, ANTITRUST.ATR@USDOJ.GOV | E-mail |

## Exhibit A - Montco

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 66364 | DEPARTMENT OF JUSTICE, ANTITRUST DIV, OFFICE OF OPERATIONS, US ATTORNEY GENERAL, 950 PENNSYLVANIA AVE, NW, ROOM 3322, WASHINGTON, DC, 20530 | US Mail (1st Class) |
| 66272 | DEPT OF THE ARMY CORPS OF ENG-FAOB2, ATTN: MARTIN S MAYER, MARTIN.S.MAYER@USACE.ARMY.MIL | E-mail |
| 66364 | DEPT OF THE ARMY CORPS OF ENG-FAOB2, ATTN: MARTIN S MAYER, 7400 LEAKE AVE, NEW ORLEANS, LA, 70118-3651 | US Mail (1st Class) |
| 66364 | DEXCOMM, 518 PATIN ROAD, CARENCROW, LA, 70520 | US Mail (1st Class) |
| 66272 | DIAMOND MCCARTHY LLP, CHARLES M. RUBIO & MICHAEL FRITZ, (RE: OIL STATE INTL INC&SKAGAT SMATCOLLC), MFRITZ@DIAMONDMCCARTHY.COM | E-mail |
| 66272 | DIAMOND MCCARTHY LLP, CHARLES M. RUBIO & MICHAEL FRITZ, (RE: OIL STATE INTL INC&SKAGAT SMATCOLLC), CRUBIO@DIAMONDMCCARTHY.COM | E-mail |
| 66272 | DIAMOND MCCARTHY LLP, CHARLES M. RUBIO & MICHAEL FRITZ, (RE: OIL STATE INTL INC&SKAGAT SMATCOLLC), CMURRAY@DIAMONDMCCARTHY.COM | E-mail |
| 66364 | DIRECTTV, PO BOX 6001, ATLANTA, GA, 30348-5249 | US Mail (1st Class) |
| 66272 | DLA PIPER LLP (US), ADAM LANZA, (RE: DEBTORS), ADAM.LANZA@DLAPIPER.COM | E-mail |
| 66272 | DLA PIPER LLP (US), DAVID E. AVRAHAM, (RE: DEBTORS), DAVID.AVRAHAM@DLAPIPER.COM | E-mail |
| 66272 | DLA PIPER LLP (US), VINCENT P. SLUSHER, (RE: DEBTORS), DANIEL.SIMON@DLAPIPER.COM | E-mail |
| 66272 | DLA PIPER LLP (US), VINCENT P. SLUSHER, (RE: DEBTORS), ANDREW.ZOLLINGER@DLAPIPER.COM | E-mail |
| 66272 | DLA PIPER LLP (US), VINCENT P. SLUSHER, (RE: DEBTORS), JAMES.NOBLETT@DLAPIPER.COM | E-mail |
| 66272 | DORE LAW GROUP, P.C., C. DORE, JR, A. SPEER, K LEWINSKI, (RE: DIVERSE SAFETY AND SCAFFOLDING LLC), KLEWINSKI@DORELAWGROUP.NET | E-mail |
| 66272 | DORE LAW GROUP, P.C., C. DORE, JR, A. SPEER, K LEWINSKI, (RE: DIVERSE SAFETY AND SCAFFOLDING LLC), CARL@DORELAWGROUP.NET | E-mail |
| 66272 | DUVAL FUNDERBURK SUNDBERY ET AL., STANWOOD R. DUVAL, (RE: GULFSTREAM SERVICES, INC.), STAN@DUVALLAWFIRM.COM | E-mail |
| 66272 | DUVAL, FUNDERBURK, SUNDBERY, ET AL., STANWOOD R. DUVAL, (RE: LEBLANC & ASSOCIATES, LLC), STAN@DUVALLAWFIRM.COM | E-mail |
| 66364 | ENTERGY, PO BOX 8108, BATON ROUGE, LA, 70891-8108 | US Mail (1st Class) |
| 66364 | ENVIRONMENTAL PROTECTION AGENCY, REGION 4, ATLANTA FEDERAL CENTER, 61 FORSYTH STREET, SW, ATLANTA, GA, 30303-3104 | US Mail (1st Class) |
| 66364 | ENVIRONMENTAL PROTECTION AGENCY, SCOTT PRUITT, ADMINISTRATOR, OFC OF THE ADMINISTRATOR MC 1101A, 1200 PENNSYLVANIA AVENUE, N W, WASHINGTON, DC, 20460 | US Mail (1st Class) |
| 66364 | FEDERAL ENRGY REGULATORY COMMISSION, 888 FIRST STREET, NE, WASHINGTON, DC, 20426 | US Mail (1st Class) |
| 66272 | GARDERE WYNNE SEWELL LLP, DAVID S. ELDER, (RE: OCEANEERING INTERNATIONAL INC), DELDER@GARDERE.COM | E-mail |
| 66272 | GIEGER, LABORDE & LAPEROUSE, LLC, A A BRAUN, L M LAPEROUSE,M V GLASS, (RE: XXI GOM, LLC, ET AL.), MGLASS@GLLLAW.COM | E-mail |
| 66272 | GIEGER, LABORDE & LAPEROUSE, LLC, A A BRAUN, L M LAPEROUSE,M V GLASS, (RE: XXI GOM, LLC, ET AL.), LAPEROUSE@GLLLAW.COM | E-mail |
| 66272 | GIEGER, LABORDE & LAPEROUSE, LLC, A A BRAUN, L M LAPEROUSE,M V GLASS, (RE: XXI GOM, LLC, ET AL.), ABRAUN@GLLLAW.COM | E-mail |
| 66272 | GIEGER, LABORDE & LAPEROUSE, LLC, A A BRAUN,L M LAPEROUSE, M V GLASS, (RE: JX NIPPON OIL EXPLORATION USA), MGLASS@GLLLAW.COM | E-mail |
| 66272 | GIEGER, LABORDE & LAPEROUSE, LLC, A A BRAUN,L M LAPEROUSE, M V GLASS, (RE: JX NIPPON OIL EXPLORATION USA), LAPEROUSE@GLLLAW.COM | E-mail |
| 66272 | GIEGER, LABORDE & LAPEROUSE, LLC, A A BRAUN,L M LAPEROUSE, M V GLASS, (RE: JX NIPPON OIL EXPLORATION USA), ABRAUN@GLLLAW.COM | E-mail |
| 66272 | GORDON, ARATA, MONTGOMERY ET AL LLC, STEPHEN L. WILLIAMSON, M E LANDIS, (RE: FUGRO USA MARINE, INC.), MLANDIS@GAMB.LAW | E-mail |
| 66272 | GORDON, ARATA, MONTGOMERY ET AL LLC, STEPHEN L. WILLIAMSON, M E LANDIS, (RE: FUGRO USA MARINE, INC.), SWILLIAMSON@GAMB.LAW | E-mail |

## Exhibit A - Montco

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 66272 | GORDON, ARATA, MONTGOMERY, BARNETT,, STEPHEN WILLIAMSON, MICHAEL LANDIS, (RE: BOLLINGER SHIPYARDS, INC), SWILLIAMSON@GAMB.LAW | E-mail |
| 66272 | GORDON, ARATA, MONTGOMERY, BARNETT,, STEPHEN WILLIAMSON, MICHAEL LANDIS, (RE: BOLLINGER SHIPYARDS, INC), MLANDIS@GAMB.LAW | E-mail |
| 66272 | GORDON, ARATA, MONTGOMERY, ET AL, STEPHEN WILLIAMSON, MICHAEL LANDIS, (RE: BOLLINGER FOURCHON, LLC), SWILLIAMSON@GAMB.LAW | E-mail |
| 66272 | GORDON, ARATA, MONTGOMERY, ET AL, STEPHEN WILLIAMSON, MICHAEL LANDIS, (RE: BOLLINGER FOURCHON, LLC), MLANDIS@GAMB.LAW | E-mail |
| 66272 | H. KENT AGUILLARD, (RE: EXTREME ENERGY SERVICES, LLC), KAGUILLARD@YHALAW.COM | E-mail |
| 66272 | HAYNES AND BOONE LLP, PATRICK L. HUGHES, (RE: A MESA HOLDNG LP & C ENERGY USA LLC), PATRICK.HUGHES@HAYNESBOONE.COM | E-mail |
| 66272 | HOOVER SLOVACEK LLP, CURTIS W. MCCREIGHT, (RE: CITY CENTRE THREE PARTNERS, L.P.), MCCREIGHT@HOOVERSLOVACEK.COM | E-mail |
| 66272 | HUSCH BLACKWELL LLP, LYNN H. BUTLER, (RE: ABRADO, INC.), LYNN.BUTLER@HUSCHBLACKWELL.COM | E-mail |
| 66364 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA, 19010-7346 | US Mail (1st Class) |
| 66364 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, 2970 MARKET STREET, PHILADELPHIA, PA, 19104-5002 | US Mail (1st Class) |
| 66364 | INTERSTATE OIL AND GAS COMPACT, COMMISSION, 900 NE 23RD STREET, OKLAHOMA CITY, OK, 73105 | US Mail (1st Class) |
| 66272 | JACKSON WALKER L.L.P., B. RUZINSKY & M. CAVENAUGH, (RE: OFFSHORE SPECIALTY FABRICATORS), BRUZINSKY@JW.COM | E-mail |
| 66272 | JACKSON WALKER L.L.P., B. RUZINSKY & M. CAVENAUGH, (RE: OFFSHORE SPECIALTY FABRICATORS), MCAVENAUGH@JW.COM | E-mail |
| 66272 | KILMER CROSBY & WALKER PLLC, BRIAN A. KILMER, (RE: FIELDWOOD ENERGY LLC & OFFSHORE LLC), BKILMER@KCW-LAWFIRM.COM | E-mail |
| 66272 | KILMER CROSBY & WALKER PLLC, BRIAN A. KILMER, (RE: AQUEOS CORPORATION), BKILMER@KCW-LAWFIRM.COM | E-mail |
| 66272 | KING, KREBS & JURGENS, P.L.L.C., HENRY A. KING, (RE: DEEPCOR MARINE, INC.), HKING@KINGKREBS.COM | E-mail |
| 66272 | KRAFT LEGE LLC, RALPH KRAFT & BRYAN LEGE, (RE: ATTORNEYS FOR AQUEOS CORPORATION), REK@KGDLAWLLC.COM | E-mail |
| 66272 | KRAFT LEGE LLC, RALPH KRAFT & BRYAN LEGE, (RE: ATTORNEYS FOR AQUEOS CORPORATION), BEL@KGDLAWLLC.COM | E-mail |
| 66272 | LA DEPT OF JUSTICE- COLLECTIONS SEC, ANTHONY D. WINTERS, ASST ATTY GEN, WIINTERSA.@AG.LOUISIANA.GOV | E-mail |
| 66364 | LA FOURCHE PARISH WATER DISTRICT NO, PO BOX 399, LOCKPORT, LA, 70374 | US Mail (1st Class) |
| 66272 | LINEBARGER GOGGAN BLAIR & ET AL., TARA L. GRUNDEMEIER, (RE: HARRIS COUNTY), HOUSTON_BANKRUPTCY@PUBLICANS.COM | E-mail |
| 66272 | LOCKE LORD LLP, OMAR F. KUEBEL, III, BRADLEY KNAPP, (RE: W&T OFFSHORE, INC.), RKUEBEL@LOCKELORD.COM | E-mail |
| 66272 | LOCKE LORD LLP, OMAR F. KUEBEL, III, BRADLEY KNAPP, (RE: W&T OFFSHORE, INC.), BKNAPP@LOCKELORD.COM | E-mail |
| 66272 | LOCKE LORD LLP, PHILLIP G EISENBERG,MICHAEL C LUTFY, (RE: W&T OFFSHORE, INC.), PEISENBERG@LOCKELORD.COM | E-mail |
| 66272 | LOCKE LORD LLP, PHILLIP G EISENBERG,MICHAEL C LUTFY, (RE: W&T OFFSHORE, INC.), MICHAEL.LUTFY@LOCKELORD.COM | E-mail |
| 66272 | LOOPER GOODWINE, P.C., PAUL J GOODWINE & LINDSEY M JOHNSON, (RE: ARGONAUT INSURANCE COMPANY), PGOODWINE@LOOPERGOODWINE.COM | E-mail |
| 66272 | LOOPER GOODWINE, P.C., PAUL J GOODWINE & LINDSEY M JOHNSON, (RE: ARGONAUT INSURANCE COMPANY), LJOHNSON@LOOPERGOODWINE.COM | E-mail |
| 66272 | MAHTOOK & LAFLEUR, LLC, JULIE I. FAULK, RICHARD J. HYMEL, (RE: VIRAL INV, LLC DBA DHD OFFSHORE SVS), JFAULK@MANDLLAW.COM | E-mail |
| 66272 | MAHTOOK & LAFLEUR, LLC, JULIE I. FAULK, RICHARD J. HYMEL, (RE: VIRAL INV, LLC DBA DHD OFFSHORE SVS), WLAFLEUR@MANDLLAW.COM | E-mail |

Montco

## Exhibit A - Montco

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 66272 | MAHTOOK & LAFLEUR, LLC, JULIE I. FAULK, RICHARD J. HYMEL, (RE: DHD OFFSHORE SERVICES, LLC), JFAULK@MANDLLAW.COM | E-mail |
| 66272 | MAHTOOK & LAFLEUR, LLC, JULIE I. FAULK, RICHARD J. HYMEL, (RE: DHD OFFSHORE SERVICES, LLC), WLAFLEUR@MANDLLAW.COM | E-mail |
| 66364 | MONTCO OFFSHORE, INC., 17751 HWY 3235, SUITE 500, GALLIANO, LA, 70354 | US Mail (1st Class) |
| 66364 | MONTCO OILFIELD CONTRACTORS, LLC, 842 W. SAM HOUSTON PKWY N., SUITE 500, HOUSTON, TX, 77024 | US Mail (1st Class) |
| 66272 | NATHAN SOMMERS JACOBS, A PROF CORP, JARROD B MARTIN, TX BAR NO 24070221, (RE: FURTH OIL CO), JMARTIN@NATHANSOMMERS.COM | E-mail |
| 66272 | NORTON ROSE FULBRIGHT US LLP, BOB B. BRUNER, (RE: JP MORGAN CHASE BANK, N.A.), BOB.BRUNER@NORTONROSEFULBRIGHT.COM | E-mail |
| 66272 | NORTON ROSE FULBRIGHT US LLP, LR STRUBECK, KW GLUCK, RE MANNS, (RE: JP MORGAN CHASE BANK, N.A.), LOUIS.STRUBECK@NORTONROSEFULBRIGHT.COM | E-mail |
| 66272 | NORTON ROSE FULBRIGHT US LLP, LR STRUBECK, KW GLUCK, RE MANNS, (RE: JP MORGAN CHASE BANK, N.A.), KRISTIAN.GLUCK@NORTONROSEFULBRIGHT.COM | E-mail |
| 66272 | NORTON ROSE FULBRIGHT US LLP, LR STRUBECK, KW GLUCK, RE MANNS, (RE: JP MORGAN CHASE BANK, N.A.), RYAN.MANNS@NORTONROSEFULBRIGHT.COM | E-mail |
| 66364 | OFFICE OF NATURAL RESOURCES REVENUE, PO BOX 25165, DENVER, CO, 80225-0165 | US Mail (1st Class) |
| 66364 | OFFICE OF NATURAL RESOURCES REVENUE, U S DEPARTMENT OF THE INTERIOR, PO BOX 25627, DENVER, CO, 80225 | US Mail (1st Class) |
| 66272 | OFFICE OF THE ATTORNEY GENERAL, JOHN MARK STERN, ASST ATTY GENERAL, (RE: TEXAS WORKFORCE COMMISSION), JOHN.STERN@OAG.TEXAS.GOV | E-mail |
| 66364 | OFFICE OF THE ATTORNEY GENERAL, KEN PAXTON, ATTORNEY GENERAL, PO BOX 12548, AUSTIN, TX, 78711-2548 | US Mail (1st Class) |
| 66272 | OFFICE OF THE US TRUSTEE, CHRISTINE A. MARCH, CHRISTINE.A.MARCH@USDOJ.GOV | E-mail |
| 66272 | OFFICE OF THE US TRUSTEE, CHRISTINE A. MARCH, USTPREGION07.HU.ECF@USDOJ.GOV | E-mail |
| 66272 | OFFSHORE SPECIALTY FABRICATORS, LLC, TAMMY NARON, CEO, TNARON@OSF-LLC.COM | E-mail |
| 66364 | OFFSHORE SPECIALTY FABRICATORS, LLC, TAMMY NARON, CEO, 115 MENARD RD., HOUMA, LA, 70354 | US Mail (1st Class) |
| 66272 | OKIN ADAMS LLP, MATTHEW S. OKIN, DAVID CURRY, JR., (RE: RICHARD SCHMIDT,TTEE BLACKELK LIQTR), MOKIN@OKINADAMS.COM | E-mail |
| 66272 | OKIN ADAMS LLP, MATTHEW S. OKIN, DAVID CURRY, JR., (RE: RICHARD SCHMIDT,TTEE BLACKELK LIQTR), DCURRY@OKINADAMS.COM | E-mail |
| 66272 | OKIN ADAMS LLP, MATTHEW S. OKIN, DAVID CURRY, JR., (RE: RICHARD SCHMIDT,TTEE BLACKELK LIQTR), ROCONNOR@OKINADAMS.COM | E-mail |
| 66272 | OKIN ADAMS LLP, MATTHEW S. OKIN, DAVID CURRY, JR., (RE: RICHARD SCHMIDT,TTEE BLACKELK LIQTR), BROMAN@OKINADAMS.COM | E-mail |
| 66364 | PELICAN WASTE AND DEBRIS, LLC, PO BOX 3694, HOUMA, LA, 70361 | US Mail (1st Class) |
| 66272 | PHELPS DUNBAR LLP, EVANS MARTIN MCLEOD;DAVID I CLAY II, (RE: BARRY GRAHAM OIL SERVICE, LLC), MARTY.MCLEOD@PHELPS.COM | E-mail |
| 66272 | PHELPS DUNBAR LLP, EVANS MARTIN MCLEOD;DAVID I CLAY II, (RE: BARRY GRAHAM OIL SERVICE, LLC), TURK.CLAY@PHELPS.COM | E-mail |
| 66272 | PHELPS DUNBAR LLP, MICHAEL E. STREICH, (RE: BARRY GRAHAM OIL SERVICE, LLC), MICHAEL.STREICH@PHELPS.COM | E-mail |
| 66272 | POLSINELLI, JAMES H. BILLINGSLEY, (RE: DEEPCOR MARINE INC.), JBILLINGSLEY@POLSINELLI.COM | E-mail |
| 66272 | POLSINELLI, MARK B. JOACHIM, (RE: DEEPCOR MARINE INC.), MJOACHIM@POLSINELLI.COM | E-mail |
| 66272 | PORTER HEDGES LLP, JF HIGGINS;JW WOLFSHOHL;EM ENGLISH, (RE: COMMITTEE OF UNSECURED CREDITORS), JHIGGINS@PORTERHEDGES.COM | E-mail |
| 66272 | PORTER HEDGES LLP, JF HIGGINS;JW WOLFSHOHL;EM ENGLISH, (RE: COMMITTEE OF UNSECURED CREDITORS), JWOLFSHOHL@PORTERHEDGES.COM | E-mail |
| 66272 | PORTER HEDGES LLP, JF HIGGINS;JW WOLFSHOHL;EM ENGLISH, (RE: COMMITTEE OF UNSECURED CREDITORS), EENGLISH@PORTERHEDGES.COM | E-mail |

## Exhibit A - Montco

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 66272 | PORTER HEDGES LLP, JOHN F. HIGGINS, AARON J. POWER, (RE: MARITECH RESOURCES, LLC, ET AL.), JHIGGINS@PORTERHEDGES.COM | E-mail |
| 66272 | PORTER HEDGES LLP, JOHN F. HIGGINS, AARON J. POWER, (RE: MARITECH RESOURCES, LLC, ET AL.), APOWER@PORTERHEDGES.COM | E-mail |
| 66272 | RAILROAD COMMISSION OF TEXAS, ATTN: CHRISTI CRADDICK, CHRISTI.CRADDICK@RRC.STATE.TX.US | E-mail |
| 66364 | RAILROAD COMMISSION OF TEXAS, ATTN: CHRISTI CRADDICK, OIL & GAS DIVISION, PO BOX 12967, AUSTIN, TX, 78711-2967 | US Mail (1st Class) |
| 66366 | SCANDURRO & LAYRISSON, LLC, (RE: ALLIANCE ENERGY SERVICES LLC), JEAN-PAUL LAYRISSON, 607 ST. CHARLES AVE., NEW ORLEANS, LA, 70130 | US Mail (1st Class) |
| 66366 | SCANDURRO & LAYRISSON, LLC, (RE: ALLIANCE ENERGY SERVICES LLC), JEAN-PAUL LAYRISSON, TIMOTHY SCANDURRO; KRISTA ELEEW, 607 ST. CHARLES AVE., NEW ORLEANS, LA, 70130 | US Mail (1st Class) |
| 66365 | SCANDURRO & LAYRISSON, LLC, JEAN-PAUL LAYRISSON, JEAN-PAUL@SCANLAYR.COM | E-mail |
| 66272 | SIDLEY AUSTIN LLP, MICHAEL FISHEL, (RE: BLACKHILL PARTNERS LLC), MFISHEL@SIDLEY.COM | E-mail |
| 66272 | SIDLEY AUSTIN LLP, THOMAS A. LABUDA JR., (RE: BLACKHILL PARTNERS LLC), TLABUDA@SIDLEY.COM | E-mail |
| 66272 | SNOW SPENCE GREEN LLP, R SPENCE, K P GREEN & HOLLY C HAMM, (RE: THMAS ENRGY SVCS DBA THMAS TOOL LLC), ROSS@SNOWSPENCELAW.COM | E-mail |
| 66272 | SNOW SPENCE GREEN LLP, R SPENCE, K P GREEN & HOLLY C HAMM, (RE: THMAS ENRGY SVCS DBA THMAS TOOL LLC), HOLLYHAMM@SNOWSPENCELAW.COM | E-mail |
| 66272 | SNOW SPENCE GREEN LLP, R SPENCE, K P GREEN & HOLLY C HAMM, (RE: THMAS ENRGY SVCS DBA THMAS TOOL LLC), KGREEN@SNOWSPENCELAW.COM | E-mail |
| 66364 | SOUTH COAST GAS COMPANY, INC., PO BOX 470, GRACELAND, LA, 70394-0470 | US Mail (1st Class) |
| 66364 | SPRINT, PO BOX 105249, ATLANTA, GA, 30348-5249 | US Mail (1st Class) |
| 66272 | STRASBURGER & PRICE LLP, GINA D. SHEARER, (RE: WESTCHESTER FIRE INS CO COMPANY), GINA.SHEARER@STRASBURGER.COM | E-mail |
| 66272 | SUPERIOR ENERGY SERVICES INC, JEAN PAUL OVERTON, ASST GEN COUNSL, (RE: INTL SNUBBING SVCS & HB RENTALS LC), JEANPAUL.OVERTON@SUPERIORENERGY.COM | E-mail |
| 66364 | TEXAS COMM OF ENVIRONMENTAL QUALITY, RICHARD A HYDE, P E, 12100 PARK 35 CIRCLE, AUSTIN, TX, 78753 | US Mail (1st Class) |
| 66364 | TEXAS COMMISSION OF ENVIRONMENTAL, QUALITY, 12100 PARK 35 CIRCLE, AUSTIN, TX, 78753 | US Mail (1st Class) |
| 66272 | THOMAS ENERGY SERVICES, LLC, C/O DONALD E. BURELL, DBURELL@SLB.COM | E-mail |
| 66364 | TREND COMMUNICATIONS, LLC, PO BOX 747, BROUSSARD, LA, 70518 | US Mail (1st Class) |
| 66272 | U S ATTORNEY'S OFFICE, SOUTHERN DISTRICT OF TEXAS, USATXS.ATTY@USDOJ.GOV | E-mail |
| 66364 | U S ATTORNEY'S OFFICE, SOUTHERN DISTRICT OF TEXAS, 1000 LOUISIANA, STE 2300, HOUSTON, TX, 77002 | US Mail (1st Class) |
| 66364 | U S DEPT OF INTERIOR, ATTN: BRYAN C RICE, (BIA), BUR. INDIAN AFFAIRS, OFC TRUST SVCS, 1849 C STREET, NW, MS 4620-MIB, WASHINGTON, DC, 20240 | US Mail (1st Class) |
| 66364 | U S DEPT OF INTERIOR, ATTN: SALLY JEWELL, OFFICE OF THE SECRETARY, 1849 C STREET, N W, WASHINGTON, DC, 20240 | US Mail (1st Class) |
| 66364 | U S DEPT OF INTERIOR, ATTN: SUE E MASICA, NATIONAL PARK SERVICE, 12795 ALAMEDA PARKWAY, DENVER, CO, 80225 | US Mail (1st Class) |
| 66272 | U S DEPT OF INTERIOR, GEORGE TROPIANO, ROOM 365 D, PAUL.ARCENEAUX@BOEM.GOV | E-mail |
| 66364 | U S DEPT OF INTERIOR, GEORGE TROPIANO, ROOM 365 D, BUREAU OCEAN ENERGY MGMT, GULF MX, OCS REGION, 1201 ELMWOOD PARK BLVD, NEW ORLEANS, LA, 70123-2394 | US Mail (1st Class) |
| 66364 | U S DEPT OF INTERIOR, LARS HERBST,GULF OF MX OCS REGION, BUR. SAFETY & ENVIRON. ENFORCEMENT, 1201 ELMWOOD PARK BLVD, NEW ORLEANS, LA, 70123-2394 | US Mail (1st Class) |
| 66272 | U S ENVIRONMENTAL PROTECTION AGENCY, ATTN: RON CURRY; R. PRZYBORSKI, PRZYBORSKI.JAY@EPA.GOV | E-mail |
| 66364 | U S ENVIRONMENTAL PROTECTION AGENCY, ATTN: RON CURRY; R. PRZYBORSKI, REGION 6, 1445 ROSS AVENUE, DALLAS, TX, 75202-2733 | US Mail (1st Class) |
| 66364 | U.S. SECURITIES & EXCHANGE COMM., OFFICE OF REORGANIZATION, 950 EAST PACES FERRY ROAD, STE 900, ATLANTA, GA, 30326-1382 | US Mail (1st Class) |

## Exhibit A - Montco

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 66364 | VENYU, PO BOX 919303, DALLAS, TX, 75391-9303 | US Mail (1st Class) |
| 66364 | VISION COMMUNICATIONS, PO BOX 188, LAROSE, LA, 70373 | US Mail (1st Class) |
| 66364 | WAITS, EMMETT, & POPP, LLC, (RE: SPECIALMARITIMELAW COUNSL 2 DEBTOR), 1515 POYDRAS STREET, SUITE 1950, NEW ORLEANS, LA, 70112 | US Mail (1st Class) |
| 66272 | WALLER LANSDEN DORTCH & DAVIS, LLP, ERIC J. TAUBE; MARK C. TAYLOR, (RE: REGIONS BANK), ERIC.TAUBE@WALLERLAW.COM | E-mail |
| 66272 | WALLER LANSDEN DORTCH & DAVIS, LLP, ERIC J. TAUBE; MARK C. TAYLOR, (RE: REGIONS BANK), MARK.TAYLOR@WALLERLAW.COM | E-mail |
| 66272 | WEINSTEIN & ST. GERMAIN, LLC, TOM ST. GERMAIN, (RE: HILLMAN MARITIME SERVICES, LLC), TSTGERMAIN@WEINLAW.COM | E-mail |

**Subtotal for this group: 153**