IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 17- 31646 |
| MONTCO OFFSHORE, INC., *et al.*,[1] § | |
| § | Chapter 11 |
| Debtors. § | |
| § | |

## JUDGMENT AND ORDER

Upon consideration of the Liquidating Trustee's *Motion for Summary Judgment* (the "Motion"), and this Court having jurisdiction to consider the Motion;[2] and due and sufficient notice of the Motion having been given; it is HEREBY ORDERED THAT:

1. The Claimant shall have one Class 4 General Unsecured Claim pursuant to the Plan in the amount of $11,080,763.29 against MOC (the "Allowed Claim").

2. Except for the Allowed Claim, all other claims (including Proof of Claim No. 213) held and/or asserted by OSF against the Debtors (MOI and/or MOC) are disallowed with prejudice.

3. Not Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against the Debtors; (b) waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in the Objection or any order granting relief requested by the Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) waiver of the Debtors' rights under the Bankruptcy Code or any other

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are Montco Offshore, Inc. (1448) and Montco Oilfield Contractors, LLC (9886).

[2] Capitalized terms used but not otherwise defined, shall have the meanings ascribed to them in the Motion.

10348566v3

applicable law.

4.  The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

5.  The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

6.  This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Signed: _____, 2019

_____
**THE HONORABLE MARVIN ISGUR**
**UNITED STATES BANKRUPTCY JUDGE**

10348566v3