UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 17- 31646** |
| **MONTCO OFFSHORE, INC.,** *et al.*,[1] | § | |
| | § | **Chapter 11** |
| Debtors. | § | |
| | § | |

### CERTIFICATE OF NO OBJECTION TO LIQUIDATING TRUSTEE'S MOTION FOR SUMMARY JUDGMENT
[Docket No. 1057]

On December 6, 2019, Drew McManigle, as the Liquidating Trustee (the "Liquidating Trustee") of the Liquidating Trust for the Montco Oilfield Contractors, LLC estate, filed and served the Liquidating Trustee's Motion for Summary Judgment [Docket No. 1057] (the "Motion"). The deadline to object to the Motion was December 27, 2019 (the "Objection Deadline").

In accordance with paragraph 35 of the Procedures for Complex Chapter 11 Cases, the undersigned hereby certifies that more than twenty-four (24) hours have passed since the Objection Deadline and the Liquidating Trustee has not received, and no party has filed, any response or objection to the Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are Montco Offshore, Inc. (1448) and Montco Oilfield Contractors, LLC (9886).

10396117v1

**Dated: December 31, 2019**

        **PORTER HEDGES LLP**

        */s/ Joshua W. Wolfshohl*
        Joshua W. Wolfshohl
        State Bar No. 24038592
        M. Shane Johnson
        State Bar No. 24083263
        1000 Main Street, 36th Floor
        Houston, Texas 77002-2764
        Telephone: (713) 226-6000
        Facsimile: (713) 226-6295

        **COUNSEL FOR DREW MCMANIGLE, LIQUIDATING TRUSTEE FOR THE MONTCO OILFIELD CONTRACTORS, LLC LIQUIDATING TRUST**

## CERTIFICATE OF SERVICE

    I certify that on December 31, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System to all parties appearing in these cases and by first class mail to Jackson Walker LLP, Attn: Bruce Ruzinsky, 1401 McKinney, 19th Floor, Houston, TX 77010 and Diamond McCarthy, LLP, Attn: Charles M. Rubio and Michael D. Fritz, Two Houston Center, 909 Fannin Street, 37th Floor, Houston, TX 77010.

        */s/ Joshua W. Wolfshohl*
        Joshua W. Wolfshohl