**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **MONTCO OFFSHORE INC.,** *et al.*[1] | § | **Case No. 17-31646 (MI)** |
| | § | |
| **Debtors.** | § | |
| | § | **(Jointly Administered)** |

**STIPULATION EXTENDING**
**RESPONSE DEADLINE**

Drew McManigle, as the Liquidating Trustee (the "Trustee") of the Liquidating Trust for the estate of Montco Oilfield Contractors, LLC, Montco Offshore, Inc. (the "Debtors"), and Oceaneering International, Inc. (the "Oceaneering" and collectively with the Trustee and Debtors, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on May 20, 2020, Oceaneering International, Inc. filed the *Motion to Enforce Provisions of Confirmed Chapter 11 Plan* (Doc. No. 1065) (the "Motion").

WHEREAS, the deadline to respond to the Motion was extended to September 30, 2020.

WHEREAS, the Parties agree that the deadline to respond to the Motion shall be extended to October 15, 2020.

**Accordingly, the Parties hereby Stipulate and Agree that:**

1.      The deadline to respond to the Motion shall be October 15, 2020.

2.      This Stipulation shall be binding upon the Parties' successors, agents, assigns, including bankruptcy trustees and estate representatives, and any parent, subsidiary, or affiliated entity of the Parties.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are Montco Offshore, Inc. (1448) and Montco Oilfield Contractors, LLC (9886). The mailing address for the Debtors, solely for the purposes of notices and communications, is 17751 Hwy 3235, Galliano, Louisiana 70354.

3.      The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation.

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| **Porter Hedges LLP**<br><br>*/s/ Joshua W. Wolfshohl*<br>Joshua W. Wolfshohl<br>State Bar No. 24038592<br>M. Shane Johnson<br>State Bar No. 24083263<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002-2764<br>Telephone: (713) 226-6000<br>Facsimile: (713) 226-6295<br><br>**COUNSEL FOR DREW MCMANIGLE, LIQUIDATING TRUSTEE FOR THE MONTCO OILFIELD CONTRACTORS, LLC LIQUIDATING TRUST** | **Faegre Drinker Biddle & Reath LLP**<br><br>*/s/ Vince P. Slusher*<br>Vincent P. Slusher<br>State Bar No. 00785480<br>1717 Main Street, Suite 5400<br>Dallas, TX 75201<br>Telephone: (469) 357-2500<br>Facsimile: (972) 813-6246<br><br>**COUNSEL FOR DEBTORS** |
| **Foley & Lardner LLP**<br><br>*/s/ David S. Elder*<br>David S. Elder<br>State Bar No. 06507700<br>1000 Louisiana, Suite 2000<br>Houston, Texas 77002-2099<br>Telephone: (713) 276-5750<br>Facsimile: (713) 276-5555<br><br>**COUNSEL FOR OCEANEERING INTERNATIONAL, INC.** | **Adams and Reese LLP**<br><br>*/s/ Robin B. Cheatham*<br>Robin B. Cheatham<br>So. District TX Bar No. 18036<br>Scott R. Cheatham<br>State Bar No. 20450406<br>701 Poydras Street, Suite 4500<br>New Orleans, Louisiana 70139<br>Telephone: (504) 581-3234<br>Facsimile: (504) 566-0210<br><br>**COUNSEL FOR ODYSSEA MARINE, INC.** |

| | |
|---|---|
| **Kilmer Crosby & Quadros PLLC** | **Schouest, Bamdas, Soshea & Benmaier** |
| */s/ Brian A. Kilmer*<br>Brian A. Kilmer<br>Texas Bar No.: 24012963<br>712 Main Street, Ste. 1100<br>Houston, Texas 77002<br>Telephone: (713) 300-9662<br>Facsimile: (214) 731-3117 | */s/ M. Lane Lowrey*<br>M. Lane Lowrey<br>Texas Bar No. 24013065<br>1001 McKinney, Suite 300<br>Houston, TX 77002<br>Telephone: (713) 588-0446<br>Facsimile: (713) 929-3337 |
| **COUNSEL FOR AQUEOS CORPORATION** | **COUNSEL FOR C&G WELDING, INC.** |
| **Gordon, Arata, Montgomery, Barnett, Mccollam, Duplantis & Eagan, LLC** | **Diamond McCarthy LLP** |
| */s/ Stephen L. Williamson*<br>Stephen L. Williamson<br>La. Bar No. 8316<br>201 St. Charles Avenue, 40th Floor<br>New Orleans, Louisiana 70170<br>Telephone: (504) 582-1111<br>Facsimile: (504) 582-1121 | */s/ Charles M. Rubio*<br>Charles M. Rubio<br>State Bar No. 24083768<br>Two Houston Center<br>909 Fannin, 37th Floor<br>Houston, TX 77010<br>Telephone: (713) 333-5100<br>Facsimile: (713) 333-5199 |
| **COUNSEL FOR BOLLINGER FOURCHON, LLC** | **COUNSEL FOR OIL STATES SKAGIT SMATCO, LLC** |

3