IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| MONTCO OFFSHORE INC., *et al.*[1] | § | Case No. 17-31646 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |

**LIQUIDATING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER FURTHER EXTENDING THE TERMINATION DATE OF THE LIQUIDATING TRUST**

> **If you object to the relief requested, you must respond in writing. Unless otherwise directed by the court, you must file your response electronically at https://ecf.txsb.uscourts.gov/ within twenty-one days from the date this motion was filed. If you do not have electronic filing privileges, you must file a written objection that is actually received by the clerk within twenty-one days from the date this motion was filed. Otherwise, the court may treat the pleading as unopposed and grant the relief requested.**

Drew McManigle, Liquidating Trustee (the "Liquidating Trustee") on behalf of the Liquidating Trust for Montco Oilfield Contractors, LLC (the "Liquidating Trust") files this *Motion for Entry of an Order Further Extending the Termination Date of the Liquidating Trust* (the "Motion") and in support thereof, respectfully states as follows:

### I. Jurisdiction

1. The United States Bankruptcy Court for the Southern District of Texas Houston Division (the "Court") has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant 28 U.S.C. § 1408.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are Montco Offshore, Inc. (1448) and Montco Oilfield Contractors, LLC (9886).

1

15061952

## II. Background

2. On March 17, 2017 (the "Petition Date"), Montco Offshore, Inc. and Montco Oilfield Contractors, LLC ("MOC," and collectively, the "Debtors") filed voluntary petitions for relief (the "Chapter 11 Cases") under chapter 11 of the Bankruptcy Code in the Court.

3. On January 18, 2018, the Court entered its *Findings of Fact, Conclusions of Law, and Order Approving the Disclosure Statement and Confirming the Amended Plan of Reorganization of Debtor Montco Offshore, Inc. and the Amended Plan of Liquidation of Debtor Montco Oilfield Contractors, LLC under Chapter 11 of the Bankruptcy Code* [Case No. 17-31646, Docket No. 784] (the "Confirmation Order"), which confirmed the *Amended Plan of Reorganization of Debtor Montco Offshore, Inc. and Amended Plan of Liquidation of Debtor Montco Oilfield Contractors, LLC under Chapter 11 of the Bankruptcy Code* [Case No. 17-31646, Docket No. 740] (the "Plan").[2]

4. On February 8, 2018, the effective date of the Plan occurred [*See* Docket No. 811] (the "Effective Date").

5. The Plan and Confirmation Order established the Liquidating Trust for MOC and approved the Liquidating Trust Agreement [Docket No. 776-1] (the "Trust Agreement"), which among other things, appointed Drew McManigle as the Liquidating Trustee. *See* Trust Agreement, § 2.1.

6. The Liquidating Trust was established for the primary purpose of liquidating the Liquidating Trust Assets and distributing the proceeds to holders of Allowed Claims in accordance with the specific terms of the Plan. *See* Trust Agreement, § 7.1; *see also* Plan, Art. IV.I. The Plan provides that the Liquidating Trust shall terminate upon the earlier of (a) the date on which all of

---

[2] Capitalized terms not specifically defined herein are given the meaning ascribed to such terms in the Plan.

15061952

the Liquidating Trust Assets are liquidated in accordance with the Plan, the funds in the Liquidating Trust have been completely distributed in accordance with the Plan, all tax returns and any other filings or reports have been filed with the appropriate state or federal regulatory authorities and the Order closing the Chapter 11 Cases is a Final Order or (b) five (5) years from the date of creation of the Liquidating Trust, unless extended by the Court. *See* Plan, Art. IV.V.

7.     On November 8, 2022, the Liquidating Trustee filed the *Motion for Entry of an Order Extending the Termination Date of the Liquidating Trust* [Docket No. 1128] requesting that the extension of the original date to terminate the Liquidating Trust from February 8, 2023 to February 8, 2024.

8.     On January 4, 2023, the Court entered the *Order Extending the Termination Date of the Liquidating Trust* [Docket No. 1132], extending the termination date to February 8, 2024 (the "Termination Date").

9.     Pursuant to the Plan, the Liquidating Trustee may seek approval from the Court to extend the Termination Date for a reasonable period in order to fulfill the purpose of the Liquidating Trust. *See* Plan, Art. IV.V. As set forth herein, the administration of the Liquidation Trust remains ongoing and cause exists to extend the Termination Date.

### III.     Requested Relief

10.     By this Motion, the Liquidating Trustee seeks entry of an order, substantially in the form attached hereto, pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), the Confirmation Order, Article IV.V of the Plan, and section 9.1 of the Trust Agreement to extend the Termination Date for a period of one (1) year, through and including February 8, 2025, subject to further extension as necessary in order to complete its designated purpose of distributing assets.

11. The Liquidating Trustee requests the extension of the Termination Date because additional time is necessary to (i) recover and liquidate all Liquidating Trust Assets, (ii) make appropriate distributions to the Beneficiaries in accordance with the Plan, and (iii) enable the Liquidating Trust to fulfill various tax, accounting, and administrative functions relating to the termination of the Liquidating Trust (the "Winding Up Activities").

12. Moreover, the Liquidating Trustee submits that an extension of the Termination Date for one (1) year does not unreasonably prolong the length of the Liquidating Trust, does not cause the declared purpose of the Liquidating Trust to be lost or abandoned, and is critical for the Liquidating Trustee to maximize recovery of the Liquidating Trust Assets for the benefit of the Beneficiaries and complete the Winding Up Activities in an efficient and orderly manner.

### IV.   Basis for Relief Requested

13. Section 105(a) of the Bankruptcy Code provides, in pertinent part, that "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a).

14. The purpose of section 105(a) of the Bankruptcy Code is "to assure the bankruptcy court's power to take whatever action is appropriate or necessary in aid of the exercise of [its] jurisdiction." COLLIER ON BANKRUPTCY, ¶ 105.01 (Richard Levin & Henry J. Sommer eds., 16th ed.) (citing *Feld v. Zale Corp. (In re Zale Corp.)*, 62 F.3d 746, 759–60 (5th Cir. 1995)). In addition, the Plan and Confirmation Order provide that the Court retains exclusive jurisdiction over the matters and has authority to enforce and issue orders in aid of execution and consummation of the Plan as may be necessary and appropriate. *See* Confirmation Order, ¶ 103; *see also* Plan, Art. X.6. Moreover, the Plan and the Trust Agreement provide that the Termination Date may be extended. *See* Plan, Art. IV.V; *see also* Trust Agreement, § 9.1.

15. In this case, an order extending the Termination Date is appropriate because the Liquidating Trustee requires additional time to fully administer the assets and perform his duties as Liquidating Trustee of the Liquidating Trust. Most of the Liquidating Trustee's activities to date have been dedicated to filing claim objections and pursuing claims and other sources of recovery, which are substantially complete. In particular, the Liquidating Trustee has pursued (i) various Causes of Action, and (ii) the recovery of non-insider preference claims.

16. More than 270 proofs of claim (the "Claims") were filed in the Chapter 11 Cases. Since the Effective Date, the Liquidating Trustee has been reviewing the Claims to identify those that should be disallowed, reduced and allowed, or reclassified, and to resolve or file objections to certain of the Claims. The Liquidating Trustee and his professionals thoroughly reviewed the Debtors' books and records, and the claims register to determine the Claims entitled to priority status as well as those that were duplicative of the same claimants, those that were filed late, those that were amended, and those that should be reduced or disallowed. The Liquidating Trustee has resolved almost all of the Claims.

17. Additionally, the Liquidating Trustee sent 21 demand letters to avoid and recover numerous preferential transfers made by the Debtors to or for the benefit of certain creditors. Since sending these letters, the Liquidating Trustee filed 21 avoidance actions on March 12 and 14, 2019 and May 31, 2019 and has spent considerable time gathering relevant information such as invoices and bank statements, corresponding with creditors, evaluating the creditors' potential defenses, and negotiating settlements. The Liquidating Trustee and his professionals entered into stipulations and/or settlement agreements with all defendants to resolve these avoidance actions. In connection with these preferential and fraudulent transfers, on February 27, 2023, the Liquidating Trustee entered into the *Seventh Amended Tolling Agreement* with Aqueos Corporation ("Aqueos") in

5

15061952

order to toll the statute of limitations for the Liquidating Trustee to investigate and bring a Cause of Action against Aqueos (the "Tolling Agreement"). The Tolling Agreement expired on August 28, 2023.

18. The primary driver of the request to extend the Termination Date of the Liquidating Trust is the lack of resolution of the Black Elk Litigation (as defined below). On May 18, 2017, the Debtors' filed their *Original Complaint* [Adv. No. 17-03249, Docket No. 1] against multiple defendants including Black Elk Energy Offshore Operations, LLC seeking damages of no less than $27,000,000 based on claims for breach of contract, *quantum meruit*, misrepresentation, and declaratory judgment (the "Black Elk Litigation").[3] Pursuant to the Plan, all MOC Causes of Action, including, without limitation, the Black Elk Litigation, were transferred to the Liquidating Trust on the Effective Date. *See* Plan, Art. I.A(84), Art IV.M. Accordingly, the Liquidating Trustee has the authority and sole responsibility to prosecute and settle the Black Elk Litigation, which represents a major potential source of recovery for the Beneficiaries of the Liquidating Trust. *See* Plan, Art IV.S; *see also* Confirmation Order, ¶ 62; *see also* Trust Agreement, § 3.1(e), (f).

19. On December 5, 2018, the Liquidating Trustee filed the *Renewed and Supplemental Motion for Leave to Amend Complaint, Motion for Reconsideration, and Motion to Lift Discovery Stay* in the Black Elk Litigation [Adv. No. 17-03249, Docket No. 179] (the "Motion for Reconsideration"). To date, there have been two responses filed in opposition to the Motion for Reconsideration [*See* Adv. No. 17-03249, Docket Nos. 180 and 186] and the Liquidating Trustee filed a reply in support of the Motion for Reconsideration [*See* Adv. No. 17-03249, Docket No.

---

[3] The Debtors filed an *Amended Complaint* on June 21, 2017 [*See* Adv. No. 17-03249, Docket No. 33] (the "Amended Complaint"). On October 3, 2017, the Court entered an order dismissing portions of the Amended Complaint [*See* Adv. No. 17-03249, Docket No. 147]. Thereafter, on April 2, 2018, the Liquidating Trustee filed the *Second Amended Complaint* [*See* Adv. No. 17-03249, Docket No. 158]. On October 31, 2018, the Court entered an order dismissing certain of the Debtors' claims [*See* Adv. No. 17-03249, Docket No. 170].

15061952

187]. The briefing on the Motion for Reconsideration was completed over four and a half years ago.

20. Over the last year, the Liquidating Trustee and Richard Schmidt, in his capacity as the liquidating trustee of the Black Elk Litigation Trust and the Black Elk Liquidating Trust, have been in continued negotiations to settle and dispose of, fully and completely, any and all claims, demands, and causes of actions arising out of the claims set forth in the Black Elk Litigation.

21. The outcome of the ongoing Black Elk Litigation will determine the amount of funds that will be available to the Liquidating Trustee for distribution to the Debtors' creditors. Under the circumstances, the Liquidating Trustee believes that an extension of the Termination Date will afford him additional time to fully administer the assets of the Liquidating Trust, and is therefore in the best interests of the estate, creditors, and all parties in interest.

22. The Liquidating Trustee makes the request in the instant Motion without prejudice to his rights to seek further extensions as may be necessary to the resolve the outstanding issues in this bankruptcy case.

23. For all of the foregoing reasons, the Liquidating Trustee submits that the Termination Date of the Liquidating Trust should be extended for one (1) year.

## V.     Notice

24. Notice of this Motion will be given to all parties that have requested or that are required to receive notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and any party required to be served under Rule 9013-1(d) of the Bankruptcy Local Rules for the Southern District of Texas. The Liquidating Trustee respectfully submits that no further notice of this Motion is required.

15061952

25. No prior request for the relief sought herein has been made to this or to any other court.

### VI. Prayer

WHEREFORE, the Liquidating Trustee respectfully requests that the Court enter an order (i) extending the Termination Date of the Liquidating Trust to February 8, 2025, and (ii) granting such other and further relief as this Court may deem just and proper.

Dated: December 15, 2023

**PORTER HEDGES LLP**

By  */s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl
State Bar No. 24038592
M. Shane Johnson
State Bar No. 24083263
Heather K. Hatfield
State Bar No. 24050730
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas 77002-2764
Telephone: (713) 226-6000
Facsimile: (713) 226-6295

**COUNSEL FOR DREW MCMANIGLE, LIQUIDATING TRUSTEE FOR THE MONTCO OILFIELD CONTRACTORS, LLC LIQUIDATING TRUST**

15061952

## CERTIFICATE OF SERVICE

I certify that on December 15, 2023, I caused a copy of the foregoing document to be served by (i) electronic transmission to all registered ECF users appearing in this case on December 15, 2023; (ii) U.S. First-Class Mail to the interested parties as indicated on the attached Service List on December 15, 2023; and (iii) email to the interested parties as indicated on the attached Service List on December 15, 2023

*/s/ M. Shane Johnson*
M. Shane Johnson

# SERVICE LIST

| | | | | | |
|---|---|---|---|---|---|
| MACK STEEL & SUPPLY | DIANE B PLAISANCE<br>PO BOX 820 | GALLIANO | LA | 70354 | First-Class Mail |
| WW GRAINGER INC | MWX22807057989<br>100 GRAINGER PKWY | LAKE FOREST | IL | 60045-5202 | First-Class Mail |
| RETIF OIL & FUEL LLC | C/O TIMOTHY THRIFFILEY ESQ<br>PO BOX 7125 | BELLE CHASSE | LA | 70037 | First-Class Mail |
| TRITON DIVING SERVICES, LLC | 3421 N CAUSEWAY BLVD<br>SUITE 601 | METAIRIE | LA | 70002 | First-Class Mail |
| MAGNUM MUD EQUIPMENT CO., INC. | PO BOX 4258 | HOUMA | LA | 70361 | First-Class Mail |
| NEWLIN RENTALS-REPAIRS & SUPPLIES INC | 727 SUGARHOUSE ROAD | PATTERSON | LA | 70392 | First-Class Mail |
| J CONNOR CONSULTING, INC. | 19219 KATY FREEWAY<br>SUITE 200 | HOUSTON | TX | 77094 | First-Class Mail |
| TRIPLE SON WHOLESALE TIMBERS INC | CHERYL E DUET<br>14502 WEST MAIN ST | CUT OFF | LA | 70345 | First-Class Mail |
| GREENWING PETROLEUM, LLC | 5851 SAN FELIPE ST 230B | HOUSTON | TX | 77057 | First-Class Mail |
| Dexcomm | 518 Patin Road | Carencrow | LA | 70520 | First-Class Mail |
| SEA SUPPORT VENTURES LLC | RANDY ADAMS<br>104 ABC LANE | CUT OFF | LA | 70345 | First-Class Mail |
| OFFSHORE TECHNICAL COMPLIANCE LLC | WILLIAM S. SHOFFIELD, JR, MANAGER<br>1598 OCHSNER BLVD<br>SUITE 100 | COVINGTON | LA | 70433 | First-Class Mail |
| AMERICAN POLLUTION CONTROL CORPORATION | DANA L ROY<br>401 W ADMIRAL DOYLE DR | NEW IBERIA | LA | 70560 | First-Class Mail |
| BAYOU INSPECTION SERVICES INC | DAVID M PATTERSON, SEC./TREAS.<br>PO BOX 1065 | AMELIA | LA | 70380 | First-Class Mail |
| HUGG & HALL EQUIPMENT COMPANY | PO BOX 194110 | LITTLE ROCK | AR | 72219-4110 | First-Class Mail |
| BOW 2 STERN SERVICES INC | MR SHANE THIBODEAUX<br>119 CAPITAL BLVD | HOUMA | LA | 70360 | First-Class Mail |
| UV LOGISTICS LLC | PO BOX 81008<br>UNITED VISION LOGISTICS | LAFAYETTE | LA | 70598 | First-Class Mail |
| ALLENDORPH SPECIALTIES, INC. | 201 STANTON ST | BROUSSARD | LA | 70518 | First-Class Mail |
| NOVA TECHNICAL SERVICES LTD | JOE NOWICZEWSKI<br>623 BUFFINGTON ST | HOUSTON | TX | 77060 | First-Class Mail |
| COMPLETE OCCUPATIONAL HEALTH SERV , LLC | KAYLA FULLILOVE<br>13554 HIGHWAY 3235 | LAROSE | LA | 70373 | First-Class Mail |
| EXPRESS OIL #0001 | 17632 WEST MAIN ST | GALLIANO | LA | 70354 | First-Class Mail |
| CASHMAN EQUIPMENT CORP | D. ETHAN JEFFERY, ATTORNEY FOR HOLDER<br>41 BROOKS DRIVE<br>SUITE 1005 | BRAINTREE | MA | 02184 | First-Class Mail |
| Theriot, Duet & Theriot, Inc. | LYNN P. PIERCE, PRESIDENT<br>144 North 1st Street | Golden Meadow | LA | 70357 | First-Class Mail |
| B & J Martin Inc | BEAU MARTIN<br>18104 W MAIN | GALLIANO | LA | 70354 | First-Class Mail |
| MACTECH, INC. | DAVID SCHREIBER, VP<br>4079 PEPIN AVE., UNIT 4 | RED WING | MN | 55066 | First-Class Mail |
| EXPRESS SUPPLY & STEEL LLC | PO BOX 189 | RACELAND | LA | 70394 | First-Class Mail |
| REDFISH RENTALS INC | 5306 HWY 311 | HOUMA | LA | 70360 | First-Class Mail |
| T & D TOWING LLC | DARRYL CHAUSIN, MEMBER<br>PO BOX 3249 | MORGAN CITY | LA | 70381 | First-Class Mail |
| KILGORE MARINE SERVICES, LLC | W.D. LESTER, MANAGER<br>200 BEAULLIEU DRIVE<br>BUILDING 8 | LAFYETTE | LA | 70508 | First-Class Mail |
| MARINE SYSTEMS INC | 116 CAPITAL BLVD | HOUMA | LA | 70360 | First-Class Mail |
| GLOBAL DATA SYSTEMS INC | 310 LASER LANE | LAFAYETTE | LA | 70507 | First-Class Mail |
| BEERMAN PRECISION INC. | KELLY C. WURSTEISEN, TREASURER<br>4206 HOWARD AVENUE | NEW ORLEANS | LA | 70125 | First-Class Mail |
| GRAND ISLE SHIPYARD INC | C/O DIANE B. PLAISANCE<br>PO BOX 820 | GALLIANO | LA | 70354 | First-Class Mail |
| ALFORD SAFETY SERVICES LLC | JAROD RICHARD<br>209 CLENDENNING RD | HOUMA | LA | 70363 | First-Class Mail |
| TEXAS WORKFORCE COMMISSION | PO BOX 12548<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>MC-008 | AUSTIN | TX | 78711-2548 | First-Class Mail |
| SAFETY & TRAINING CONSULTANTS, LLC | 219 VENTURE BLVD | HOUMA | LA | 70360 | First-Class Mail |
| SAFETY & TRAINING CONSULTANTS, LLC | 219 VENTURE BLVD | HOUMA | LA | 70360 | First-Class Mail |
| SEPARATOR SPARES AND EQUIPMENT, LLC | 144 INTRACOASTAL DRIVE | HOUMA | LA | 70363 | First-Class Mail |
| CENTRAL DISPATCH INC. | JONI C GRAVOLET, PRESIDENT<br>1700 4TH STREET | HARVEY | LA | 70058 | First-Class Mail |
| Data Technology Solutions | PO BOX 880 | Breaux Bridge | LA | 70517-0880 | First-Class Mail |
| VERSABAR, INC. | C/O PHILIP RUNDLE<br>11349 FM 529 ROAD | HOUSTON | TX | 77041 | First-Class Mail |
| DISHMAN & BENNETT SPECIALTY CO., INC. | PO BOX 287 | HOUMA | LA | 70360 | First-Class Mail |
| CONNECTOR SPECIALISTS INC | PO BOX 8988 | MANDEVILLE | LA | 70470 | First-Class Mail |
| DEEP SOUTH CHEMICAL, INC. | PO BOX 80657 | LAFAYETTE | LA | 70598-0657 | First-Class Mail |
| TOTAL RENTALS INC | 2124 BAYOU BLUE RD | HOUMA | LA | 70364-3909 | First-Class Mail |
| BAYOU SUPPLY & SAFETY CO. | RANDY J CAUSIN, CEO<br>24 COQUILLE DRIVE | BELLE CHASSE | LA | 70037 | First-Class Mail |
| SHRED TEX | 15150 SOMMERMEYER<br>SUITE 190 | HOUSTON | TX | 77041 | First-Class Mail |
| UNLIMITED CONTROL & SUPPLY INC. | EL ELLISH, PRESIDENT<br>1043 WEST TUNNEL BLVD | HOUMA | LA | 70360 | First-Class Mail |
| CAJUN WATER WT RENTALS LLC | ATTN: JEFF ADAM<br>2125 QUEENS BLVD | HARVEY | LA | 70058 | First-Class Mail |
| CONNECTOR SPECIALISTS INC | PO BOX 8988 | MANDEVILLE | LA | 70470 | First-Class Mail |

| Name | Address | City | State | Zip | Method |
|---|---|---|---|---|---|
| FRANKS SUPERMARKET | DAVID LEBOEUF<br>C/O FRANKS SUPERMARKET #3<br>13086 HWY 3235 | LAROSE | LA | 70373 | First-Class Mail |
| GULFLAND OFFICE SUPPLIES INC. | JOHN LANDRY, PRESIDENT<br>801 GRASHEAR AVE | MORGAN CITY | LA | 70380 | First-Class Mail |
| TOM`S SERVICE STATION | THOMAS J PITRE III<br>PO BOX 184 | GOLDEN MEADOW | LA | 70357 | First-Class Mail |
| SEATRAN MARINE LLC | RYAN LANDRY, DIRECTOR OF FINANCE<br>107 HWY 90 WEST | NEW IBERIA | LA | 70560 | First-Class Mail |
| GULF SOUTH ARMATURE INC | 8550 PARK AVE | HOUMA | LA | 70363 | First-Class Mail |
| CALLAIS OFFICE FURNITURE & SUPPLY INC | 14402 WEST MAIN STREET | CUT OFF | LA | 70345 | First-Class Mail |
| FENWARE DEVELOPMENT LLC | ANDRE C BROUSSARD JR, ATTY<br>742 HIGHWAY 182 | HOUMA | LA | 70364 | First-Class Mail |
| WECHEM, INC. | 5734 SUSITNA DR | HARAHAN | LA | 70123 | First-Class Mail |
| QUALITY PRINTING & EMBROIDERY LLC | PO BOX 69<br>17919 HWY 3235 | GALLIANO | LA | 70554 | First-Class Mail |
| MCDONALD WELL SERVICES | MICHAEL GRADY, SECY/TREAS<br>PO BOX 501 | SCHRIEVER | LA | 70395 | First-Class Mail |
| COLT, INC. | PO BOX 1408 | SCOTT | LA | 70583 | First-Class Mail |
| BALDWIN HASPEL BURKE & MAYER LLC | LANCE J ARNOLD, AGENT<br>1100 POYDRAS ST<br>STE 3600 | NEW ORLEANS | LA | 70163 | First-Class Mail |
| ZEP SALES & SERVICE | 3330 CUMBERLAND BLVD<br>SUITE 700 | ATLANTA | GA | 30339 | First-Class Mail |
| QUALITY RENTAL TOOLS, INC. | PO BOX 2218 | HOUMA | LA | 70361 | First-Class Mail |
| TOTAL SAFETY US INC | 11111 WILCREST GREEN DR<br># 300 | HOUSTON | TX | 77042 | First-Class Mail |
| G&M RENTALS LLC | MARK R PHARR III<br>328 SETTLERS TRACE BLVD | LAFAYETTE | LA | 70508 | First-Class Mail |
| G-TECH SERVICES INC | THOMAS J VITALE<br>40 PEARL STREET NW<br>SUITE 400 | GRAND RAPIDS | MI | 49503 | First-Class Mail |
| MCMASTER-CARR SUPPLY COMPANY | 1901 RIVERSIDE PARKWAY | DOUGLASVILLE | GA | 30135 | First-Class Mail |
| ENTERGY LOUISIANA LLC | L-JEF-359<br>4809 JEFFERSON HWY<br>STE A | NEW ORLEANS | LA | 70121 | First-Class Mail |
| BOWLS SLIPS & GRIPS LLC | EMILE JOSEPH JR ESQ<br>ALLEN & GOOCH<br>2000 KALISTE SALOOM RD, STE 400 | LAFAYETTE | LA | 70508 | First-Class Mail |
| PETRO PULL LLC | EMILE JOSEPH JR, ATTORNEY<br>ALLEN & GOOCH<br>2000 KALISTE SALOOM RD, STE 400 | LAFAYETTE | LA | 70508 | First-Class Mail |
| H2O LLC | JESS FIKE, PRESIDENT<br>841 VINCENT ROAD | LAFAYETTE | LA | 70508-7600 | First-Class Mail |
| FIRE & SAFETY SPECIALISTS | CHRIS ODINET<br>7701 JOHNSTON ST | MAURICE | LA | 70555 | First-Class Mail |
| DOLPHIN ENERGY EQUIPMENT LLC | HOOVER OFFSHORE<br>4308 W ADMIRAL DOYLE DRIVE | NEW IBERIA | LA | 70560 | First-Class Mail |
| TECH OIL PRODUCTS INC | 4308 W ADMIRAL DOYLE DRIVE | NEW IBERIA | LA | 70560 | First-Class Mail |
| SOUTH LAFOURCHE AIR CONDITION SERVICES INC | DIANE ST PIERRE<br>16028 WEST MAIN STREET | CUTT OFF | LA | 70345 | First-Class Mail |
| DNOW LP | KRISTY WOOLSEY<br>7402 N ELDRIDGE PKWY | HOUSTON | TX | 77041 | First-Class Mail |
| GRAY OFFSHORE LLC | JOHN S. GRAY<br>PO BOX 4198 | HOUMA | LA | 70361-4198 | First-Class Mail |
| INDUSTRIAL WELDING SUPPLY OF HOUMA LTD | LISA GINTZ<br>4709 BLUEBONNET BLVD | BATON ROUGE | LA | 70809 | First-Class Mail |
| DUGAS OIL CO INC | PATRICE WILLIAMS<br>PO BOX 265 | FRANKLIN | LA | 70538 | First-Class Mail |
| GLOBAL ELECTRIC & SAFETY LLC | 20 DAVID SWAN LANE | PURVIS | MS | 39475 | First-Class Mail |
| SEA SAFETY & SURVIVAL | DENISE SHERRILL, TREASURER<br>128 THOMPSON ROAD | HOUMA | LA | 70363 | First-Class Mail |
| DUFRENE BUILDING MATERIALS INC | 14502 WEST MAIN ST | CUT OFF | LA | 70345 | First-Class Mail |
| IWS GAS & SUPPLY OF TEXAS LTD | LISA GINTZ<br>4709 BLUEBONNET BLVD | BATON ROUGE | LA | 70809 | First-Class Mail |
| BIG BOY CO LLC DBA DAYS INN GALLIANO | PO BOX 967 | GALLIANO | LA | 70354 | First-Class Mail |
| TECHNICAL RESOURCE SERVICES | NEIL COLLINS<br>1000 NORTH CRUSE AVENUE | BROUSSARD | LA | 70518 | First-Class Mail |
| LAD SERVICES OF LOUISIANA LLC | 1043 E STEPHENSVILLE RD | MORGAN CITY | LA | 70380 | First-Class Mail |
| NAUTISK FORLAG USA INC | 3321 DIVISION STREET | METAIRIE | LA | 70002 | First-Class Mail |
| OILFIELD LOGISTICS SERVICES, L L C | RICKY COMARDELLE<br>PO BOX 430 | RACELAND | LA | 70394 | First-Class Mail |
| SOUTHERN HOME FURNISHING | 14814 WEST MAIN ST | CUT OFF | LA | 70345 | First-Class Mail |
| TECHNICAL ENGINEERING CONSULTANTS, LLC | 401 WHITNEY AVE.<br>SUITE 600<br>ATTN JAMES MYKRIS | GRETNA | LA | 70056 | First-Class Mail |
| GALLIANO SAFETY SERVICE, LLC | 161 W 56TH STREET | CUT OFF | LA | 70345 | First-Class Mail |
| VENYU SOLUTIONS LLC | JANET BRITTON, GENERAL COUNSEL<br>913 S BURNSIDE AVE | GONZALES | LA | 70737 | First-Class Mail |
| E & E MACHINE SHOP & SERVICES, LLC | ELLEN CAVALIER<br>107 PICOU INUSTRIAL COURT | HOUMA | LA | 70363 | First-Class Mail |
| STANSBURY & ASSOCIATES LLC | C/O LACEY ROCHESTER<br>BAKER DONELSON BEARMAN<br>CALDWELL & BERKOWITZ<br>701 SAINT CHARLES AVE | NEW ORLEANS | LA | 70130 | First-Class Mail |
| CANIK TRAILER RENTALS, LLC | JOHN CANIK<br>4459 WEST CREOLE HIGHWAY | CAMERON | LA | 70631 | First-Class Mail |

| Name | Address | City | State | Zip | Method |
|---|---|---|---|---|---|
| UV LOGISTICS LLC | PO BOX 81008<br>UNITED VISION LOGISTICS | LAFAYETTE | LA | 70598 | First-Class Mail |
| BAYOU OFFICE MACHINES | GILBERT GAUTREAUX, OWNER<br>13066 WEST MAIN ST | LAROSE | LA | 70373 | First-Class Mail |
| SCURLOCK ELECTRIC LLC | ATTN: HEATHER BILLIOT<br>1903 GRAND CAILLOU RD | HOUMA | LA | 70363 | First-Class Mail |
| B & B HARDWARE & RENTAL INC | 13222 WEST MAIN ST | LAROSE | LA | 70373 | First-Class Mail |
| PRIME TANK, LLC | MARK BELANGER<br>1253 PETROLEUM PKWY | BROUSSARD | LA | 70518 | First-Class Mail |
| BONVILLIAN SERVICE CENTER | 901 24TH ST | KENNER | LA | 70062 | First-Class Mail |
| A-1 SERVICES, INC. | 555 COOLIDGE ST | JEFFERSON | LA | 70121 | First-Class Mail |
| AIRGAS USA LLC | 110 WEST 7TH ST<br>SUITE 1400 | TULSA | OK | 74119 | First-Class Mail |
| FRANKS SUPERMARKET | DAVID LEBOEUF<br>C/O FRANKS SUPERMARKET #3<br>13086 HWY 3235 | LAROSE | LA | 70373 | First-Class Mail |
| C & G WELDING INC | c/o CURTIS J CALLAIS JR<br>5551 HWY 311 | HOUMA | LA | 70360 | First-Class Mail |
| STARGEL OFFICE SOLUTIONS | 4700 BLALOCK | HOUSTON | TX | 77041 | First-Class Mail |
| IMPACT SELECTOR INTERNATIONAL | 6740 HORIZON ROAD<br>ATTN GREG LENZEN | HEATH | TX | 75032 | First-Class Mail |
| MARTIN MEGA LUBRICANTS | SCOTT MCPHERSON<br>THREE RIVERWAY<br>SUITE 400 | HOUSTON | TX | 77056 | First-Class Mail |
| MARTIN ENERGY SERVICES LLC | SCOTT MCPHERSON<br>THREE RIVERWAY<br>SUITE 400 | HOUSTON | TX | 77056 | First-Class Mail |
| AQUEOS CORPORATION | KILMER CROSBY & WALKER PLLC<br>712 MAIN, SUITE 1100 | HOUSTON | TX | 77002 | First-Class Mail |
| DALE MARTIN OFFSHORE LLC | CADE EVANS<br>2000 KALISTE SALOOM ROAD, SUITE 400 | LAFAYETTE | LA | 70508 | First-Class Mail |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | OFFICE OF THE ATTORNEY GENERAL<br>PO BOX 12548, MC-008<br>BANKRUPTCY & COLLECTIONS DIVISION | AUSTIN | TX | 78711 | First-Class Mail |
| GEOMARK RESEARCH, LTD. | 9748 WHITHORN DRIVE | HOUSTON | TX | 77095 | First-Class Mail |
| FASTENAL COMPANY | 2001 THEURER BLVD | WINONA | MN | 55987 | First-Class Mail |
| FMC TECHNOLOGIES SURFACE INTEGRATED SERVICES INC | ONE SUBSEA LANE BLDG S01 | HOUSTON | TX | 77044 | First-Class Mail |
| ALLIANCE ENERGY SERVICES LLC | ERIC TROSCLAIR, MANAGER<br>PO BOX 999 | LAROSE | LA | 70373 | First-Class Mail |
| EULER HERMES NA | AGENT FOR BLANCHARD CONTRACTORS<br>TAMEKA L. CONNEY, INSOLVENCY SPECIALIST<br>CLAIM 000409797<br>800 RED BROOK BLVD, #400C | OWINGS MILLS | MD | 21117 | First-Class Mail |
| JOHN W STONE OIL DISTRIBUTOR LLC | THOMAS J WILLIS JR, CAO<br>1601 BELLE CHASSE HWY<br>SUITE 300 | TERRYTOWN | LA | 70056 | First-Class Mail |
| DISA GLOBAL SOLUTIONS INC | 10900 CORPORATE CENTRE DR<br>STE #250 | HOUSTON | TX | 77041 | First-Class Mail |
| TIGER RENTALS LTD DBA TIGER SAFETY | JOHN BULLARD<br>ORGAIN BELL & TUCKER LLP<br>PO BOX 1751 | BEAUMONT | TX | 77704 | First-Class Mail |
| TEXAS WORKFORCE COMMISSION | PO BOX 12548<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>MC-008 | AUSTIN | TX | 78711-2548 | First-Class Mail |
| STALLION OFFSHORE QUARTERS, INC. | KIM LEWINSKI<br>17171 PARK ROW, SUITE 160 | HOUSTON | TX | 77084 | First-Class Mail |
| FOREFRONT EMERGENCY MANAGEMENT LP | MIKE HOLLANDER<br>HOLLANDER LAW, LLC<br>70325 HIGHWAY 1077, STE 300 | LOVINGTON | LA | 70433 | First-Class Mail |
| VACCO INC | JACKIE DOVE BROUSSARD, VICE PRES<br>7605 PARK AVE | HOUMA | LA | 70364 | First-Class Mail |
| GREATER LAFOURCHE PORT COMMISSION | BRYCE ANTIN, GENERAL COUNSEL<br>16829 E. MAIN ST | CUT OFF | LA | 70345 | First-Class Mail |
| GLOBAL DATA SYSTEMS INC | 310 LASER LANE | LAFAYETTE | LA | 70507 | First-Class Mail |
| PROSERV OPERATIONS INC | C/O JOSEPH ROVIRA, COUNSEL TO HOLDER<br>ANDREWS KURTH KENYON LLP<br>600 TRAVIS, SUITE 4200 | HOUSTON | TX | 77002 | First-Class Mail |
| KARL SENNER LLC | STEPHEN M VALDES, CHIEF FINANCIAL OFFICER<br>25 W 3RD ST | KENNER | LA | 70062 | First-Class Mail |
| ACME TRUCK LINE INC | PO BOX 183 | HARVEY | LA | 70059 | First-Class Mail |
| ALLPORT SERVICES LLC | ALAN H GOODMAN<br>BREAZEALE, SACHSE & WILSON LLP<br>909 POYDRAS STREET, SUITE 1500 | NEW ORLEANS | LA | 70112 | First-Class Mail |
| FUGRO USA MARINE INC | STEPHEN L WILLIAMSON, AGENT & ATTY<br>GORDON ARATA MONTGOMERY BARNETT<br>201 ST CHARLES AVE, 40TH FLOOR | NEW ORLEANS | LA | 70170 | First-Class Mail |
| BAYOU BLACK ELECTRIC SUPPLY | CHRISTOPHER C LAPEYROUSE, SECRETARY / TREASURER<br>5086 HIGHWAY 311 | HOUMA | LA | 70361 | First-Class Mail |
| ENCORE WELLHEAD SYSTEMS LLC | JENNIFER DUNCAN, VP FINANCE<br>2121 KIRBY # 137 | HOUSTON | TX | 77019 | First-Class Mail |
| SUBMERSIBLE SYSTEMS INC. | TERRI BURNSIDE, SEC-TRES<br>PO BOX 1843 | PATTERSON | LA | 70392 | First-Class Mail |
| OFFSHORE TECHNICAL SOLUTIONS LLC | MARTIN S BOHMAN; CARLETON LORASO ET AL<br>445 N BLVD STE 625 | BATON ROUGE | LA | 70802 | First-Class Mail |

| Name | Address | City | State | Zip | Method |
|---|---|---|---|---|---|
| MARMAC LLC | ATTN: BENJAMIN W KADDEN<br>DBA MCDONOUGH MARINE SVC<br>LUGENBUHL WHEATON PECK ET AL<br>601 POYDRAS ST, STE 2775 | NEW ORLEANS | LA | 70130 | First-Class Mail |
| OPES SOLUTIONS GROUP LLC | RONALD MONSOUR<br>251 HWY 21 STE 200 | MADISONVILLE | LA | 70447 | First-Class Mail |
| DISA INC | FREDORIA CARTWRIGHT<br>10900 CORPORATE CENTRE DR<br>STE #250 | HOUSTON | TX | 77041 | First-Class Mail |
| ROGERS PARTS INC | ROBERT P CUCCIA APLC<br>311 GOODE ST | HOUMA | LA | 70360 | First-Class Mail |
| AT&T CORP | KAREN A CAVAGNARO LEAD PARALEGAL<br>C/O AT&T SERVICES INC<br>ONE AT&T WAY<br>ROOM 3A104 | BEDMINSTER | NJ | 07921 | First-Class Mail |
| PREMIER OFFSHORE CATERING INC | ROBERT P CUCCIA APLC<br>311 GOODE ST | HOUMA | LA | 70360 | First-Class Mail |
| CASED HOLE WELL SERVICES LLC | KEVIN KEELING - KEELING LAW LLC<br>3310 KATY FWY SUITE 100 | HOUSTON | TX | 77007 | First-Class Mail |
| OCEANEERING INTERNATIONAL INC | DAVID S ELDER<br>GARDERE WYNNE SEWELL LLP<br>1000 LOUISIANA, SUITE 2000 | HOUSTON | TX | 77002 | First-Class Mail |
| CANAL BARGE COMPANY INC | ATTN: BENJAMIN W KADDEN<br>601 POYDRAS ST<br>SUITE 2775 | NEW ORLEANS | LA | 70130 | First-Class Mail |
| ODYSSEA MARINE INC | C/O ROBIN B CHEATHAM<br>ADAMS AND REESE LLP<br>701 POYDRAS STREET, SUITE 4500 | NEW ORLEANS | LA | 70139 | First-Class Mail |
| VISUAL AIDS | 245 W 57TH ST | CUT OFF | LA | 70345 | First-Class Mail |
| OIL STATES SKAGIT SMATCO LLC | WILLIAM MAXWELL, SENIOR COUNSEL<br>3 ALLEN CENTER, 333 CLAY STREET<br>SUITE 4620 | HOUSTON | TX | 77002 | First-Class Mail |
| AMERICAN RECOVERY, LLC | ATTN: DIONNE AUSTIN<br>16201 EAST MAIN STREET | CUT OFF | LA | 70345 | First-Class Mail |
| BOWLS SLIPS & GRIPS LLC | EMILE JOSEPH JR ESQ<br>ALLEN & GOOCH<br>2000 KALISTE SALOOM RD, STE 400 | LAFAYETTE | LA | 70508 | First-Class Mail |
| ENCORE FOOD SERVICES LLC | CHRISTOPHER RIVIERE, ATTORNEY<br>LAW OFFICE OF CHRISTOPHER H RIVIERE, APLC<br>103 WEST 3RD ST | THIBODAUX | LA | 70301 | First-Class Mail |
| BOLLINGER SHIPYARDS LLC | STEPHEN L WILLIAMSON, AGENT & ATTY<br>GORDON ARATA MONTGOMERY BARNETT<br>201 ST CHARLES AVE<br>40TH FLOOR | NEW ORLEANS | LA | 70170 | First-Class Mail |
| GULF RESOURCE MANAGEMENT INC | CA CROCHET JR, SECRETARY<br>601 POYDRAS ST, SUITE 2775 | NEW ORLEANS | LA | 70130 | First-Class Mail |
| CROSBY TUGS LLC | ATTN: STEWART F PECK<br>LUGENBUHL WHEATON PECK ET AL<br>601 POYDRAS ST, SUITE 2775 | NEW ORLEANS | LA | 70130 | First-Class Mail |
| QUALITY ENERGY SERVICES INC | ATTN: BENJAMIN W KADDEN<br>LUGENBUHL WHEATON PECK ET AL<br>601 POYDRAS ST, SUITE 2775 | NEW ORLEANS | LA | 70130 | First-Class Mail |
| INSULATION TECHNOLOGIES, INC. | STEVE VIGNES, PRESIDENT<br>120 HERMAN DRIVE | BELLE CHASSE | LA | 70037 | First-Class Mail |
| DIVERSE SAFETY AND SCAFFOLDING LLC | KIM LEWINSKI<br>DORE LAW GROUP PC<br>17171 PARK ROW, SUITE 160 | HOUSTON | TX | 77084 | First-Class Mail |
| DHD OFFSHORE SERVICES LLC | JULIE I FAULK<br>PO BOX 3089<br>MAHTOOK & LAFLEUR LLC | LAFAYETTE | LA | 70502 | First-Class Mail |
| ABRADO INC | C/O LYNN H BUTLER<br>HUSCH BLACKWELL LLP<br>111 CONGRESS AVENUE, SUITE 1400 | Austin | TX | 78701 | First-Class Mail |
| MANUFACTURERS ALLIANCE INSURANCE COMPANY | JOSEPH GARZONE, ASST. VICE PRESIDENT<br>PMA COMPANIES<br>380 SENTRY PARKWAY | BLUE BELL | PA | 19422 | First-Class Mail |
| DELGADO COMMUNITY COLLEGE | ANTHONY D WINTERS ESQ<br>LADOJ-OAG<br>1885 N 3RD ST, SUITE 5012 | BATON ROUGE | LA | 70804 | First-Class Mail |
| EULER HERMES NA | AGENT FOR BLACKWATER DIVING LLC<br>TAMEKA L. CONNEY, INSOLVENCY SPECIALIST<br>CLAIM 000409353<br>800 RED BROOK BLVD #400C | OWINGS MILLS | MD | 21117 | First-Class Mail |
| PALFINGER MARINE USA INC | KIM WKE, SECRETARY/TREASURER<br>912 HWY 90 EAST | NEW IBERIA | LA | 70560 | First-Class Mail |
| HUDSON SERVICES INC | JOHN M DUBREUIL<br>DAIGLE FISSE & KESSENICH<br>227 HIGHWAY 21 | MADISONVILLE | LA | 70447 | First-Class Mail |
| SHANNON HARDWARE CO LLC | 1210 DAVID DR | MORGAN CITY | LA | 70380 | First-Class Mail |
| FIRE PROTECTION SERVICE INC | SCOTT MATNEY<br>FPS-NEW ORLEANS<br>8050 HARRISBURG | HOUSTON | TX | 77012 | First-Class Mail |
| CONTINENTAL UNDERWRITERS LTD LLC | PO BOX 2070 | COVINGTON | LA | 70434-2070 | First-Class Mail |
| LOUISIANA DEPARTMENT OF REVENUE | PO BOX 66658 | BATON ROUGE | LA | 70896-6658 | First-Class Mail |
| LOUISIANA DEPARTMENT OF REVENUE | PO BOX 66658 | BATON ROUGE | LA | 70896-6658 | First-Class Mail |
| Blackhill Partners LLC | 2021 MCKINNEY AVE STE 200 | DALLAS | TX | 75201-3369 | First-Class Mail |

| Name | Address 1 | Address 2 | City | State | Zip | Method/Email |
|---|---|---|---|---|---|---|
| HARRIS COUNTY ET AL | TARA L GRUNDEMEIER<br>PO BOX 3064<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP | | HOUSTON | TX | 77253-3064 | First-Class Mail |
| GULF SOUTH SERVICES INC. | PO BOX 1229 | | AMELIA | LA | 70340 | First-Class Mail |
| CITYCENTRE THREE PARTNERS LP | JOE SLOVACEK<br>HOOVER SLOVACEK LLP<br>5051 WESTHEIMER SUITE 1200 | | HOUSTON | TX | 77056 | First-Class Mail |
| GREENE`S ENERGY GROUP LLC | JEFFREY STEWART, ATTY IN FACT<br>WELLS & CUELLAR PC<br>440 LOUISIANA, SUITE 718 | | HOUSTON | TX | 77002 | First-Class Mail |
| | | | | | | First-Class Mail |
| Montco Offshore, Inc. | 17751 Hwy 3235, Suite 500 | | Galliano | LA | 70354 | First-Class Mail |
| Montco Oilfield Contractors, LLC | 842 W Sam Houston Pkwy N. Suite 500 | | Houston | TX | 77024 | First-Class Mail |
| David E. Avraham (DLA Piper) | 444 West Lake Street, Ste. 900 | | Chicago | IL | 60606 | david.avraham@dlapiper.com |
| Vincent Slusher (Drinker Biddle & Reath LLP) | 1717 Main Street, Suite 5400 | | Dallas | TX | 75201 | vince.slusher@dbr.com |
| Adam Lanza (DLA Piper) | 1251 Avenue of the Americas | | New York | NY | 10020-1104 | adam.lanza@dlapiper.com |
| Office of the U.S. Trustee (Christine March) | 515 Rusk, Suite 3516 | | Houston | TX | 77002 | christine.a.march@usdoj.gov |
| Office of the U.S. Trustee (Stephen Statham) | 515 Rusk, Suite 3516 | | Houston | TX | 77002 | stephen.statham@usdoj.gov |
| Adams and Reese LLP Attn: John M. Duck Victoria P. White; Robin B. Cheatham (on behalf of Regions Bank) | 701 Poydras Street, Suite 4500 | | New Orleans | LA | 70139 | john.duck@arlaw.com |
| Norton Rose Rulbright US LLP Attn: Ryan E. Manns (on behalf of JPMorgan Chase Bank, N.A.) | 2200 Ross venue, Suite 3600 | | Dallas | TX | 75201-7932 | ryan.manns@nortonrosefulbright.com |
| Jackson Walker L.L.P. Attn: Bruce J. Ruzinsky (on behalf of Offshore Specialty Fabricators LLC) | 1401 Mckinney Street, Suite 1900 | | Houston | TX | 77010 | bruzinsky@jw.com |
| Okin Adams LLP Attn: Matthew S. Okin (on behalf of Black Elk Liquidating Trust and Richard Schmidt, Trustee to the Black Elk Trust) | 1113 Vine St., Suite 201 | | Houston | TX | 77002 | mokin@okinadams.com |
| Locke Lord Attn: Philip Eisenberg (on behalf of W&T Offshore) | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | Eisenberg, Philip <peisenberg@lockelord.com> |
| Fieldwood Energy LLC | 2000 W. Sam Houston Pkwy South, Suite 1200 | | Houston | TX | 77042 | First-Class Mail |
| H. Kent Aguillard (on behalf of Extreme Energy Services, LLC) | 141 S. 6th Street PO Box 391 | | Eunice | LA | 70535 | kaguillard@yhalaw.com |
| Haynes and Boone LLP Attn: Patrick L. Hughes (on behalf of Cairn Energy USA, LLC, Alta Mesa Holdings LP) | 1221 Mckinney Suite 2100 | | Houston | TX | 77010 | patrick.hughes@haynesboone.com |
| Carver Darden Koretzky Tessier et al Attn: Brandon T. Darden (on behalf of Alliance Offshore, LLC, Alliance Energy Services, LLC) | 1100 Poydras Street, Suite 3100 | | New Orleans | LA | 70163 | bdarden@carverdarden.com |
| Looper Goodwine, PC Attn: Paul Joseph Goodwine (on behalf of Argonaut Insurance Company) | 650 Poydras Street, Suite 2400 | | New Orleans | LA | 70130 | pgoodwine@loopergoodwine.com |
| Thomas Energy Services LLC dba Thomas Tools LLC Attn: Holly C. Hamm, William R. Spence, Kenneth P. Green, Snow Spence Green LLP | 2929 Allen Parkway, Suite 2800 | | Houston | TX | 77019 | First-Class Mail |
| Nathan Sommers Jacobs, PC re Furth Oil Co Attn: Jarrod B. Martin | 2800 Post Oak Blvd, 61st Floor | | Houston | TX | 77056-5705 | First-Class Mail |
| Superior Energy Services Inc. re Intl Snubbing Svcs & HB Rentals LC Attn: Jean Paul Overton | 1001 Louisiana Street, Suite 2900 | | Houston | TX | 77001 | First-Class Mail |
| Dore Law Group, PC Attn: Maria Mulrooney Barlett (on behalf of Tetra Applied Technologies LLC) | 17171 Park Row, Suite 160 | | Houston | TX | 77084 | mbartlett@dorelawgroup.net |
| Gieger, Laborde & Laperouse, LLC Attn: Margaret V. Glass, Jon A. Van Steenis, and Lambert M. Laperouse (on behalf of JX Nippon Oil Exploration USA Limited) | 5151 San Felipe Suite 750 | | Houston | TX | 77056 | laperouse@glllaw.com |
| Gieger, Laborde & Laperouse, LLC Attn: Margaret V. Glass, Jon A. Van Steenis, and Lambert M. Laperouse (on behalf of EPL Oil & Gas, Inc., M21K, LLC, Energy XXI Pipeline II, LLC, Energy XXI GOM, LLC) | 5151 San Felipe Suite 750 | | Houston | TX | 77056 | laperouse@glllaw.com |
| Swivel Rental & Supply LLC Attn: John H. Hughes | 2000 Kaliste Saloojm Rd, Suite 400 | | Lafayette | LA | 70508 | |
| King, Krebs & Jurgens, PLLC Attn: Henry A. King (on behalf of DeepCor Marine, Inc.) | 201 St. Charles Avenue, 45th Floor | | New Orleans | LA | 70170 | hking@kingjurgens.com |
| Polsinelli Attn: James H. Billingsley (on behalf of DeepCor Marine, Inc.) | 2950 Harwood, Suite 2100 | | Dallas | TX | 75201 | jbillingsley@polsinelli.com |
| Waller Lansden Dortch & Davis, LLP Attn: Eric J. Taube, Mark Curtis Taylor (on behalf of Regions Bank) | 100 Congress Ave., Suite 1800 | | Austin | TX | 78701 | eric.taube@wallerlaw.com |
| Strasburger & Price LLP Attn: Gina P. Shearer (on behalf of Westchester Fire & Casualty Insurance Company) | 2600 Dallas Parkway, Suite 600 | | Frisco | TX | 75034 | gina.shearer@strasburger.com |
| Weinstein & St. Germain, LLC Attn: Tom St. Germaln (on behalf of Hillman Maritime Services, LLC) | 1414 NE Evangeline Thrwy. | | Lafayette | LA | 70501 | tstgermain@weinlaw.com |
| Louisiana Department of Justice-Collections Section Attn: Anthony D. Winters (on behalf of Delgado Community College) | 1885 N. 3rd Street, Suite 5012 | | Baton Rouge | LA | 70802 | First-Class Mail |
| Duval Funderburk Sundbery Richard et al Attn: Stanwood Duval (on behalf of Gulfstream Services, Inc.) | 101 Wilson Avenue | | Houma | LA | 70364 | First-Class Mail |
| G. Tim Alexander (on behalf of Environmental Technology of America, Inc.) | 600 Jefferson Street, Box 46 | | Lafayette | LA | 70501 | First-Class Mail |
| Phelps Dunbar LLP Attn: Evans Martin McLeod, David I. Clay, II (on behalf of Barry Graham Oil Service) | 365 Canal Street, Suite 2000 | | New Orleans | LA | 70130-6534 | marty.mcleod@phelps.com; turk.clay@phelps.com |
| Gordon Arata Montgomery Barnett McCollam Duplantis & Eagan, LLC Attn: Armistead Long (on behalf of Piranha Rentals, LLC) | 400 E. Kaliste Saloom Road, Suite 4200 | | New Orleans | LA | 70170 | along@gamb.law |
| Perdue, Brandon, Fielder, Collins & Mott, LLP Attn: Owen M. Sonik (on behalf of City of Houston, Spring Branch Independent School District) | 1235 North Loop West, Suite 600 | | Houston | TX | 77008 | osonik@pbfcm.com |
| G&J Land and Marine Food Dist., Inc. Attn: Peggy Manuel | PO Box 649 | | Morgan City | LA | 70380 | peggy@gjfood.com |
| Force Power Systems Attn: Shantal Roger | PO Box 5218 | | Houston | TX | 77262 | shantal.roger@forcepowersystems.com |
| Southern Fluid Power, LLC Attn: Justine Davis | 1021 O'Neal Drive | | Breaux Bridge | LA | 70517 | admin@southernfluidpowerllc.com |
| Renovations, Inc. Attn: Wade Cantrelle | 16815 E Main St. | | Cut Off | LA | 70345 | First-Class Mail |
| Bluewater Rubber & Gasket Attn: Christine Rodrigue | PO Drawer 190 | | Houma | LA | 70361 | c.rodrigue@bluewaterrubber.com |
| Ascend, LLC Attn: Jana Clemons | 251 Hwy 21, Suite 200 | | Madisonville | LA | 70447 | jana@opessg.com |
| Fugro Chance, Inc. Attn: Donna Humphreys | PO Box 200724 | | Houston | TX | 77216-0724 | dhumphreys@fugro.com |
| Precision Crane & Hydraulics, LLC Attn: Christi Cheramei | PO Box 1197 | | Larose | LA | 70357 | christic@precisioncrane.net |
| Blackhawk Datacom Attn: Sandra Hanks | 100 Enterprise Blvd | | Lafayette | LA | 70506 | sandrah@blackhawkdc.com |
| Leblanc & Associates, Inc. Attn: Shawn Moore | 132 Intracostal Drive | | Houma | LA | 70363 | smoore@leblancandassociates.com |
| C-Port / Stone, LLC Attn: Takitta Boudreaux | Dept. 211 PO Box 4869 | | Houston | TX | 77210-4869 | takkita.boudreaux@chouest.com |
| The Hiller Companies, Inc. Attn: Gaye Arcuri | PO Box 935434 | | Atlanta | GA | 31193-5434 | darcuri@hillercompanies.com |
| Nautical Electric, LLC Attn: Mandy Loupe | 6896 West Park Ave | | Houma | LA | 70364 | nauticalelectric@yahoo.com |
| Supreme Integrated Technology, Inc. | 915 Distributors Row | | Harahan | LA | 70123 | First-Class Mail |
| Vacco Marine, Inc. | PO Box 8032 | | Houma | LA | 70361 | First-Class Mail |
| Ecoserv, LLC Attn: Ember Milliman | 3561 Momentum Place | | Chicago | IL | 60689-5335 | emilliman@ecoserv.net |
| Stellar Well Control & Risk Services, LLC Attn: Diana Dannhaus | PO Box 22328 | | Houston | TX | 77227 | ddannhaus@stellaroilfield.com |
| Iss, LLC Attn: Lee Ann Breaux c/o Whitney National Bank, Dept. 2125 | PO Box 122125 | | Dallas | TX | 75312-2125 | leeann.breaux@superiorenergy.com |
| Seacor Liftboats LLC Attn: Jesus Llorca | Dept. 3288 PO Box 123288 | | Dallas | TX | 75312-3288 | jllorca@ckor.com |
| Weatherford U.S., L.P. Attn: Julie Buckner | PO Box 301003 | | Dallas | TX | 75303-1003 | julie.buckner@weatherford.com |
| C & G Boats, Inc. Attn: Jamie Adams | PO Box 789 | | Golden Meadow | LA | 70357 | jamie@cgboats.com |